# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>V.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company, | **SUMMONS ON FIRST AMENDED COMPLAINT IN A CIVIL CASE**<br><br>CASE NUMBER: C07 04808 RS |

TO: (Name and address of defendant)
STTN Enterprises, Inc., Nazim Faquiryan
Sayed Faquiryan, Maghul Faquiryan and
AVA Global Enterprise, LLC
631 San Felipe Road
Hollister, CA 95035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deborah Yoon Jones

WESTON BENSHOOF ROCHEFORT RUBALCAVA MacCUISH LLP

333 S. Hope Street, 16th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com