# EXHIBIT L
# TO FIRST AMENDED COMPLAINT

5/4/2007

BP West Coast Products
4 Centerpointe Dr.
La Palma, Ca. 90623

Mr. Tom Reeder:

We, Nazim Faquiryan & Sayed Faquiryan, agree to pay an additional
$30,000.00 by certified check payable to BPWCP on or before the 15th day
of each month beginning June 20, 2007 until total sums of balance due are
paid in full per BP credit dept.

These separate monthly payments will continue until all outstanding
balances due BPWCP, currently, $184,075.50 have been paid.

We further agree that our BPWCP account will not increase in delinquent
amounts due.

Sincerely,

Nazim Faquiryan                5- 4-2007

Sayed Faquiryan

                               5- 4-2007

WITNESS

                    5-4-2007

BRAD CHRISTENSEN