EXHIBIT N
TO FIRST AMENDED COMPLAINT

**Photograph Number 1**

Please go inside for your receipt on pump 9.

Thank you for choosing ARCO.

**Photograph Number 2**



**Photograph Number 3**



Photograph Number 4



Photograph Number 5



Photograph Number 6



Photograph Number 7



Photograph Number 8



—— Selections Available ——

**Regular Roast**
A prized blend of 100% Arabian beans. A...

**Dark Roast**
A dark, robust blend...

**Flavored Coffee**
A lightly flavored...

**Cappuccino**
...

**Latte**
...

Buy 5 cups
and get the
6th cup free

—— Menu Items ——

| | 12oz. | 16oz. | 20oz. | 24oz. |
|---|---|---|---|---|
| Coffee | $1.19 | $1.29 | $1.39 | $1.49 |
| Cappuccino | $1.19 | $1.29 | $1.39 | $1.49 |
| Latte | $1.19 | $1.29 | $1.39 | $1.49 |
| Refills | $ .99 | $ .99 | $1.19 | $1.19 |

to go

**Photograph Number 9**



**Photograph Number 10**



249

Photograph Number 11



**Photograph Number 12**

```
    CIRCLE A FOOD STORE #200
       631 San Felipe RD
       Hollister, Ca 95028
        Store: 200
10-12-2007   18:45:41
CLERK:DPT                    Register: 3
18:42:32
                           Sale no:910382
-----------------------------------------
Item                Sz Qt        Total $
-----------------------------------------
Unlead 87        3  1.678G @ 2.979
* FUEL SALE *                      5.00
-----------------------------------------

        Sub Total......$      5.00
           Tax.......$        0.00
           Total.....$        5.00
           Cash......$        5.00
           Change....$        0.00
-----------------------------------------
      THANK YOU!
```

```
    CIRCLE A FOOD STORE #200
       631 San Felipe RD
       Hollister, Ca 95028
        Store: 200
10-12-2007   18:41:49
CLERK:4016                   Register: 3
18:41:49
                           Sale no:384502
-----------------------------------------
Item                Sz Qt        Total $
-----------------------------------------
Nachos               1 T          1.99
Thirst Qas  EAC      1 T          0.99
12oz Coffe           1            1.19
-----------------------------------------

        Sub Total......$      4.17
           Tax.......$        0.23
           Total.....$        4.40
           Cash......$       20.00
           Change....$       15.60
-----------------------------------------
      NK  YOU!
```

**Photograph Number 13**