# EXHIBIT P
# TO FIRST AMENDED COMPLAINT

# Baker Manock & Jensen
### ATTORNEYS AT LAW

John G. Michael
*Attorney at Law*
jmichael@bakermanock.com

Fig Garden Financial Center
5260 North Palm Avenue
Fourth Floor
Fresno, California 93704
Tel: 559.432.5400
Fax: 559.432.5620
www.bmj-law.com

September 12, 2007

**VIA FACSIMILE AND U.S. MAIL**
Ms. Kristina Koltun
BP America, Inc.
6 Centerpointe Drive
La Palma, California 90623

Re: STTN Enterprise, Inc./Facility No. 82461

Dear Ms. Koltun:

I have received your letter of today's date. Assuming that you, as a real estate attorney for BP America, Inc., represent the interests of BP West Coast Products, LLC ("BP"), it is obvious from your letter that BP has rejected our offer to proceed with the contract concerning the facility remodeled by STTN Enterprises, Inc. ("STTN") to BP's specifications. Without waiving any of STTN's rights that have accrued against BP, we will permit BP access to the facility on Monday, September 17, 2007. The date requested in your letter is not agreeable. Please be advised that access is granted for the limited purpose set out in your letter and that any "debranding" must be accomplished in a manner that does not damage or destroy any of STTN's real or personal property. BP will be held responsible for any such damage.

It has come to our attention that BP has attempted to interfere with STTN's relationships with its suppliers. In particular, BP has contacted McLane Pacific and has attempted to cancel the contract between McLane Pacific and STTN. Demand is hereby made that BP cease and desist contacting STTN's suppliers, vendors and customers and seeking to disrupt those relationships. BP's conduct in this regard only increases the damages that STTN will be seeking from BP.

Demand is further made that BP pay to STTN the sum of $1,751,000, which represents an estimate as of the date of this letter of the damages caused to STTN by BP's conduct regarding the remodeling and re-branding of STTN's Chevron station located at 631 San Felipe Road, Hollister, California. This amount includes STTN's out of pocket expenses, its lost income for the period of time that BP has caused delay and damage, and an estimated amount necessary to remodel or re-brand the station so it may continue in business.

Rather than responding to the reiteration of BP's position as set out in your letter, suffice it to say that STTN's position is that its damages have been caused by BP's encouragement that STTN start construction before BP funded any loans, its confusion, delay and negligence in processing the loan, its failures to keep track of documentation submitted, its

254

Ms. Kristina Koltun
September 12, 2007
Page 2

representations that BP had all of the necessary documentation (when it apparently believed that it did not), and its failure to fund the loans in a timely and reasonable manner, all of which breached the agreements. The foregoing is not an exhaustive list of the failures, negligence and misrepresentations of BP and STTN reserves the right to assert additional claims should it become necessary.

If we do not receive payment in full within seven (7) days of the date of this letter, we have been instructed by our client to pursue all available legal remedies.

Very truly yours,

John G. Michael
BAKER MANOCK & JENSEN, PC

JGM:lp
cc: Sayed Faquiryan
@PFDesktop\::ODMA/MHODMA/DMS;DMS;567040;1

255