1   KURT OSENBAUGH (State Bar No. 106132)
    DEBORAH YOON JONES (State Bar No. 178127)
2   SAYAKA KARITANI (State Bar No. 240122)
    **WESTON, BENSHOOF, ROCHEFORT,**
3       **RUBALCAVA & MacCUISH LLP**
    333 South Hope Street
4   Sixteenth Floor
    Los Angeles, California 90071
5   Telephone: (213) 576-1000
    Facsimile: (213) 576-1100
6
    Attorneys for Plaintiffs
7   BP WEST COAST PRODUCTS LLC and
    ATLANTIC RICHFIELD COMPANY
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  BP WEST COAST PRODUCTS LLC, a          Case No.: C07 04808 RS
    Delaware Limited Liability Company; and
14  ATLANTIC RICHFIELD COMPANY, a          DECLARATION OF BRAD
    Delaware Corporation,                  CHRISTENSEN IN SUPPORT OF
15                                         PLAINTIFFS', BP WEST COAST
                Plaintiff,                 PRODUCTS LLC AND ATLANTIC
16                                         RICHFIELD COMPANY, *EX PARTE*
         v.                                APPLICATION FOR TEMPORARY
17                                         RESTRAINING ORDER AND ORDER
    STTN ENTERPRISES, INC., a California   TO SHOW CAUSE RE ISSUANCE OF
18  Corporation; NAZIM FAQUIRYAN, an       PRELIMINARY INJUNCTION
    individual; SAYED FAQUIRYAN, an
19  individual; and MAGHUL FAQUIRYAN,      [Filed concurrently with *Ex Parte*
    an individual; and AVA GLOBAL          Application for Temporary Restraining
20  ENTERPRISE, LLC, a California limited  Order; Declaration of Deborah Yoon
    liability company,                     Jones; and [Proposed] Order.]
21
                Defendants.                Date: To Be Scheduled by Court
22                                         Time: To Be Scheduled by Court
                                           Ctrm: 4
23
                                                   Honorable Richard Seeborg
24
                                           Filing Date:        September 17, 2007
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF BRAD CHRISTENSEN

I, BRAD CHRISTENSEN, declare and state as follows:

1.    I am currently a Senior Franchise Consultant for BP West Coast Products LLC ("BPWCP") for the territory which includes the former ARCO-branded gasoline station and am/pm mini market that used to be located at 631 San Felipe Road, Hollister, California 95035 ("Station").  I began my employment with Atlantic Richfield Company ("ARCO") in 1996 as a field supervisor.  As a field supervisor, I oversaw company-owned and operated stores in the San Diego County area (approximately 12-15 facilities) and made sure the stores were in compliance with sales, policies and procedures, and environmental regulations.  In 2000, I became a franchise consultant and had essentially the same job functions as a field supervisor in the San Diego area but for franchise-operated facilities.  On April 18, 2000, Atlantic Richfield Company ("ARCO") became a subsidiary of BP America Inc., and on January 1, 2002, substantially all of ARCO's refining and retail assets were transferred to BPWCP.  As a result, substantially all employees of ARCO became employees of BPWCP.  In October 2003, I became Senior Franchise Consultant for BPWCP over the territory which includes the Station.  As a senior franchise consultant, my additional job responsibilities include the mentoring and training of franchise consultants.  I make this declaration in support of ARCO's and BPWCP's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.  I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2.    At all times relevant to this lawsuit, I was the franchise consultant at the Station and interacted regularly with the franchisee STTN Enterprises, Inc. and its representatives Nazim and Sayed Faquiryan (collectively, "STTN").  BPWCP terminated STTN's franchise given a number of STTN's breaches and defaults of the franchise agreements.

3.    On September 6, 2007, BPWCP sent STTN a Notice of

1

Termination of the franchise given, *inter alia*, STTN's failure to pay for over $126,000 worth of gasoline and failure to sell gasoline product for 15 consecutive days. I received a copy of the Notice of Termination, which is attached hereto as Exhibit A, and is incorporated herein as though fully set forth at length. The termination was effective immediately and STTN was, pursuant to the franchise agreements, responsible for "debranding" the Station by immediately discarding any trademarked items, removing trade names and service marks, and refraining from displaying any products that contained any trademarks, trade names, and service marks.

4.    I was present at the Station on September 17 and 18, 2007, when BPWCP attempted to complete the "debrand" the Station to ensure that it would no longer be identified as an ARCO-branded gasoline station or am/pm mini market and so that BPWCP-owned property could be returned. As of September 17 and 18, I noticed a number of trademark violations at the Station. I took photographs of some of these items on September 18, 2007. True and correct copies of the photographs are attached hereto as Exhibit B.

5.    In addition, I noticed that STTN was continuing to use ARCO's and BPWCP's proprietary FAS System, which is an accounting program that had been loaded on to STTN's computer in its back office. I also saw "Grilled to Go" ("GTG") Food Prep Wrappers with am/pm logos, GTG Prep Food Forms, Recipes & Instruction Manuals, and Bakery Program Forms, Recipes & Instruction Manuals. I believe these items are protected by registered trademarks.

6.    On October 12, 2007, I visited the Station and noticed the following trademark violations:

(a)    Defendants have not altered the Pay Island Cashier Machine screen such that the screen statement displays "ARCO" logos, and states "Fill Smart," and "Thank you for choosing ARCO";

(b)    Defendants continue to sell beverages in fountain cups

2

1    bearing "am/pm" and "thirst oasis" logos;

2            (c)    Defendants continue to sell Nacho Chips that are contained

3    in "am/pm" food wrappers;

4            (d)    Defendants continue to display the am/pm soda fountain

5    "CRUNCH CUBE" machine graphics above the soda dispenser heads;

6            (e)    Defendants continue to display the am/pm coffee graphics

7    above the coffee machine;

8            (f)    Defendants continue to display the am/pm coffee price menu

9    board that are exclusive to am/pm mini markets;

10            (g)    Defendants continue to display a hamburger graphic that is

11    exclusive to am/pm mini markets;

12            (h)    Defendants continue to utilize the ARCO neon blue

13    illuminated light band on the fuel canopy; and

14            (i)    Defendants continue to utilize the am/pm neon orange

15    illuminated light band in the mini market exterior; and

16            (j)    Defendants have not altered the store cash registers such that

17    the printed receipts state "Thirst Oas" for a purchase of fountain beverages.

18         True and correct copies of the photographs depicting the above violations

19    are attached hereto as Exhibit C.

20         7.    Since I did not have access to the back room I was unable to

21    confirm whether STTN was continuing to use the FAS system and was still displaying

22    the "Grilled to Go" ("GTG") Food Prep Wrappers with am/pm logos, GTG Prep Food

23    Forms, Recipes & Instruction Manuals, and Bakery Program Forms, Recipes &

24    Instruction Manuals.

25         8.    ARCO is the owner of the following trademarks, trade names and

26    services marks ("Protected Marks") that are registered by the United States Patent and

27    Trademark Office ("USPTO") as indicated below:

28

1061156.1                                DECLARATION OF BRAD CHRISTENSEN

1    (a)    "ARCO" Logo depicted in photograph number 1 in <u>Exhibit</u>

2    <u>C</u>:  Registration Number 1495419;

3    (b)    "ARCO" typed words as in "Thank You for Choosing

4    ARCO" depicted in photograph number 2 in <u>Exhibit C</u>:  Registration Number

5    1496212;

6    (c)    "am/pm" logo contained on fountain beverage cups depicted

7    in photograph number 3 in <u>Exhibit C</u>: Registration Number 2821396;

8    (d)    "am/pm" logo contained on nachos wrappers depicted in

9    photograph number 5 in <u>Exhibit C</u>:  Registration Number 1459431;

10    9.    The following designs and marks are proprietary and exclusive to

11    BPWCP's franchises and BPWCP must authorize their use:

12    (a)    "Fill Smart" words depicted in photograph number 1 in

13    <u>Exhibit C</u>;

14    (b)    Soda Machine Graphics "Crunch Cube" depicted in

15    photograph number 6 in <u>Exhibit C</u>;

16    (c)    am/pm Coffee Graphics depicted in photograph numbers 7

17    and 8 in <u>Exhibit C</u>;

18    (d)    am/pm Coffee Menu depicted in photograph number 9 in

19    <u>Exhibit C</u>;

20    (e)    am/pm Hamburger Graphics depicted in photograph number

21    10 in <u>Exhibit C</u>;

22    (f)    ARCO Blue Neon Illuminated Light Stripe on Fuel Canopy

23    depicted in photograph number 11 in <u>Exhibit C</u>; and

24    (g)    am/pm Orange Neon Illuminated Light Stripe on Mini

25    Market depicted in photograph number 12 in <u>Exhibit C</u>.

26    10.    BPWCP is ARCO's transferee of the marketing and refining assets

27    including the above Protected Marks.  As such, BPWCP has the right to require its

28

4

1    ARCO-branded gasoline station and am/pm mini market franchisees to use these

2    Protected Marks.

3        11.    BP Products North America, Inc. is the registered owner of the

4    "Thirst Oasis" logo contained on fountain beverage cups and depicted in photograph

5    numbers 4 and 13 in <u>Exhibit C</u>; the relevant registration number for this logo is

6    313357. BPWCP has the right to utilize this trademark in connection with its ARCO-

7    branded gasoline station and am/pm mini market franchises and has a cognizable

8    interest in the infringed upon mark.

9        12.    I am informed and believe that the trademarks, trade names, and

10   service marks referenced above in paragraphs 8 through 11 (collectively referred to as,

11   "Protected Marks") have been widely and continuously used since they were first used

12   in commerce in connection with ARCO gasoline stations and am/pm mini market

13   convenience stores throughout the Western United States in California, Nevada,

14   Washington, Oregon, and Arizona (the "Western States").   I am familiar with the

15   Protected Marks and the fact that ARCO and BPWCP have invested its resources in

16   marketing its services and products under the Protected Marks.  ARCO and BPWCP

17   have made a significant investment to advertise and market its the Protected Marks in

18   connection with the sale of high quality motor fuels and mini market convenience

19   store products and services, and has developed considerable good will in the Protected

20   Marks among the consumers of motor fuels and mini market convenience store

21   products and services.   Indeed, the Protected Marks are crucial to ARCO's and

22   BPWCP's marketing strategies and are a key component to the branding and

23   association for ARCO-branded gasoline and am/pm mini market convenience stores.

24   In fact, ARCO and BPWCP rely heavily on the color schemes, designs and name

25   recognition and good will that they have developed over the years in the Protected

26   Marks to attract customers and to make sales of ARCO-branded motor fuels and mini

27   market convenience store products and services.

28

1061156.1                                    DECLARATION OF BRAD CHRISTENSEN

13.    Moreover, pursuant to franchise agreements, ARCO and BPWCP license to its franchisee dealers the right to use ARCO's trade names, trademarks, and service marks in connection with the resale of ARCO-branded motor fuels and the operation of the am/pm mini market convenience stores.  Dealers and franchisees pay a royalty for use of the Protected Marks.

14.    As a result of Defendants' improper and unauthorized use of the Protected Marks, ARCO and BPWCP have been immediately and irreparably harmed as Defendants are selling motor fuel and convenience store products and services under what appears to be an ARCO-branded gasoline station and am/pm mini market convenience store.  Consumers will be confused into purchasing motor fuel or convenience store goods or products from Defendants' Station under the misguided belief that they are doing so from an ARCO-branded gasoline station and am/pm mini market.  Other ARCO-branded stations and am/pm mini market stores will also lose business as a result of Defendants' use of the ARCO Mark at the Station.  Thus, ARCO and BPWCP are threatened with actual and significant irreparable injury if a temporary restraining order and preliminary injunction are denied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 17, 2007, at _San Jose_, California.

_Brad Christensen_

BRAD CHRISTENSEN

# DECLARATION OF PERSONAL SERVICE

I am employed in the County of Fresno, State of California, and my business address is Fresno Legal Services, 2115 Kern Street, Suite 250, Fresno, California 93721. I am over the age of eighteen years and not a party to the action in which this service is made.

On October 18, 2007, I served the document(s) described as DECLARATION OF BRAD CHRISTENSEN IN SUPPORT OF PLAINTIFFS', BP WEST COAST PRODUCTS LLC AND ATLANTIC RICHFIELD COMPANY, *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

[Check one of the following:]

☐ I personally delivered the documents to:
[specify name]: _____

☒ I personally left the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served:

    ☒ with a receptionist or with a person having charge thereof

    ☐ in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon

☐ I personally left the documents at the attorney's residence with some person of not less than 18 years of age

☐ I personally left the documents at the party's residence, between the hours of eight in the morning and six in the evening, with some person of not less than 18 years of age

☐ [State]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

*Vasiliki Tegos*
[Name – Please Print]

*V Tegos*
[Signature]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.**
**United States District Court, Northern District**
**Case No. C07 04808 RS**

**SERVICE LIST**

John G. Michael, Esq.
Baker Manock & Jensen
5260 North Palm Avenue
Fourth Floor
Fresno, CA  93704

Attorney for Defendants, STTN
ENTERPRISES, INC.; NAZIM
FAQUIRYAN; and SAYED FAQUIRYAN

Tel:  (559) 432-5400
Fax:  (559) 432-5620