# EXHIBIT B
# TO DECLARATION OF BRAD CHRISTENSEN





**Selections Available**
- Regular Roast
- Dark Roast
- Flavored Coffee
- Cappuccino
- Latte

Buy 5 cups and get the 6th cup free

**Menu Items**

| | 12oz. | 16oz. | 20oz. | 24oz. |
|---|---|---|---|---|
| Coffee | $1.19 | $1.29 | $1.39 | $1.49 |
| Cappuccino | $1.19 | $1.29 | $1.39 | $1.49 |
| Latte | $1.19 | $1.29 | $1.39 | $1.49 |
| Refills | $.99 | $.99 | $1.19 | $1.19 |

22

Case 5:07-cv-04808-JF    Document 9-3    Filed 10/18/2007    Page 8 of 11



25



Case 5:07-cv-04808-JF   Document 9-3   Filed 10/18/2007   Page 10 of 11



27

