# EXHIBIT C
# TO DECLARATION OF BRAD CHRISTENSEN





**Photograph Number 2**



**Photograph Number 3**



Photograph Number 4



**Photograph Number 5**

Photograph Number 6

Photograph Number 7



Photograph Number 8





Photograph Number 10



39

Photograph Number 11

Photograph Number 12

```
CIRCLE A FOOD STORE #200
      631 San Felipe RD
      Hollister, Ca 95028
         Store:  200
10-12-2007    18:45:41         Register: 3
CLERK:DPT
18:42:32
                          Sale no:910382
Item
              Sz Qt           Total $
Unlead 87    3  1.678G @ 2.979   5.00
* FUEL SALE *

             Sub Total......$   5.00
                 Tax........$   0.00
                 Total......$   5.00
                 Cash.......$   5.00
                 Change.....$   0.00
         THANK YOU!
```

```
CIRCLE A FOOD STORE #200
      631 San Felipe RD
      Hollister, Ca 95028
         Store:  200
10-12-2007    18:41:49         Register: 3
CLERK:4016
18:41:49
                          Sale no:384502
Item          Sz Qt           Total $

Nachos              1 T         1.99
Thirst Oas  EAC     1 T         0.99
12oz Coffe          1           1.19

             Sub Total......$   4.17
                 Tax........$   0.23
                 Total......$   4.40
                 Cash.......$  20.00
                 Change.....$  15.60
           NK YOU!
```