KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Plaintiffs
BP WEST COAST PRODUCTS LLC and
ATLANTIC RICHFIELD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C07 04808 RS<br><br>DECLARATION OF DEBORAH YOON JONES IN SUPPORT OF PLAINTIFFS', BP WEST COAST PRODUCTS LLC AND ATLANTIC RICHFIELD COMPANY, *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION<br><br>[Filed concurrently with *Ex Parte* Application for Temporary Restraining Order; Declaration of Brad Christensen; and [Proposed] Order.]<br><br>Date: To Be Scheduled by Court<br>Time: To Be Scheduled by Court<br>Ctrm: 4<br><br>Honorable Richard Seeborg<br><br>Filing Date: September 17, 2007 |

1061150.1

# DECLARATION OF DEBORAH YOON JONES

I, DEBORAH YOON JONES, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, attorneys of record herein for plaintiffs BP West Coast Products LLC ("BPWCP") and Atlantic Richfield Company ("ARCO"). I make this declaration in support of the *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of the letter dated September 12, 2007, sent to Defendants' counsel, John G. Michael, Esq. of the law firm Baker Manok & Jensen. Exhibit A is incorporated herein as though fully set forth at length.

3. Attached hereto as Exhibit B is a true and correct copy of the letter dated September 12, 2007, sent by Mr. Michael to BPWCP, and is incorporated herein as though fully set forth at length.

4. I sent a letter dated September 13, 2007 to Mr. Michael, on behalf of BPWCP and ARCO, requesting that the Defendants immediately cease the trademark and trade name violations and stop using proprietary items. A true and correct copy of the September 13, 2007 letter is attached hereto as Exhibit C, and is incorporated herein as though fully set forth at length. As of September 28, 2007, Defendants were continuing to violate BPWCP and ARCO's trademark-protected and proprietary interests.

5. Prior to filing the original complaint (on September 17, 2007), I had a telephone conversation with Mr. Michael to advise him that BPWCP was filing a Complaint against Defendants. In addition to asking whether Mr. Michael was authorized to accept service on behalf of the Defendants, I informed him that I

believed Defendants were continuing to infringe upon various registered trademarks.

6. On October 8, 2007, I contacted Mr. Michael to advise that BPWCP would be filing a First Amended Complaint to include claims for trademark violation and moreover, would be filing a Temporary Restraining Order to restrain Defendants from their continued trademark violations. I informed Mr. Michael that if I did not hear back from him by Monday, October 15, 2007, we would proceed. As of today's date I have not heard from Mr. Michael and it is my understanding that Defendants' trademark infringement persists.

7. Accordingly, on October 18, 2007, I had my process server personally serve Mr. Michael (who has signed a waiver of service of the original complaint as to defendants STTN Enterprises, Inc., Sayed Faquiryan and Nazim Faquiryan)[1] with the documents which BPWCP and ARCO have filed in support of its *ex parte* application including this declaration, the [Proposed] Temporary Restraining Order, the Memorandum of Points and Authorities and Declarations of Brad Christensen and Deborah Yoon Jones in support thereof, and the First Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

_____
DEBORAH YOON JONES

---

[1] We assume that Mr. Michael will be representing the newly named defendants in the First Amended Complaint. If, however, we determine otherwise, we will personally serve these newly named defendants.

2

DECLARATION OF DEBORAH YOON JONES

1067929.1

# DECLARATION OF PERSONAL SERVICE

I am employed in the County of Fresno, State of California, and my business address is Fresno Legal Services, 2115 Kern Street, Suite 250, Fresno, California 93721. I am over the age of eighteen years and not a party to the action in which this service is made.

On October 18, 2007, I served the document(s) described as DECLARATION OF DEBORAH YOON JONES IN SUPPORT OF PLAINTIFFS', BP WEST COAST PRODUCTS LLC AND ATLANTIC RICHFIELD COMPANY, *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

[Check one of the following:]

☐ I personally delivered the documents to: [specify name]: _____.

☒ I personally left the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served:

  ☒ with a receptionist or with a person having charge thereof

  ☐ in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon

☐ I personally left the documents at the attorney's residence with some person of not less than 18 years of age

☐ I personally left the documents at the party's residence, between the hours of eight in the morning and six in the evening, with some person of not less than 18 years of age

☐ [State]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

_____     _____
[Name – Please Print]                                        [Signature]

**BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.**
United States District Court, Northern District
Case No. C07 04808 RS

## SERVICE LIST

| | |
|---|---|
| John G. Michael, Esq.<br>Baker Manock & Jensen<br>5260 North Palm Avenue<br>Fourth Floor<br>Fresno, CA 93704 | Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN<br><br>Tel: (559) 432-5400<br>Fax: (559) 432-5620 |

1052855.1