EXHIBIT A
TO DECLARATION OF DEBORAH
YOON JONES



**bp**

**Kristina Koltun**
Real Estate Attorney
BP America, Inc.
6 Centerpointe Drive, LPR 6-543
La Palma, CA 90623-1066
Direct: 714-670-5311
Email: kristina.koltun@bp.com

September 12, 2007

<u>**VIA FACSIMILE (559) 432-5620/CERTIFIED MAIL**</u>

John G. Michael
BAKER MANOCK & JENSEN, PC
5260 North Palm, Suite 421
Fresno, CA 93704

Dear Mr. Michael:

As we have stated in our prior conversation, BP West Coast Products LLC ("BPWCP") properly terminated the am/pm Mini Market Agreement and Contract Dealer Gasoline Agreement dated July 11, 2006 (the "Agreements") for the reasons set forth in the September 6, 2007 Notice of Termination. Furthermore, we disagree with your assertion that "STTN has provided all necessary documentation" to allow for the funding of the gas portion of the loan. As I indicated in my September 7th email to you, STTN has failed to provide any proof of payment by STTN of any construction-related expenditures, nor the required back-up invoices and lien releases, all of which are requirements of the Loan Documents.

To reiterate previous statements, even though BPWCP worked extensively to try to get your client's marketing facility up and operating, the current situation has been caused by your client's repeated violations of the Agreements, failure to provide necessary documentation and failure to cooperate with BPWCP's attempts to resolve the issues. Please be advised that STTN still owes BPWCP $126,394.77 for outstanding gasoline product deliveries and must pay that back as well as the $150,000.00 outstanding store loan balance; both amounts are due immediately but no later than within 30 days of the Notice of Termination.

In addition, it has come to our attention that your client is currently selling fuel (non ARCO - branded product) and operating the facility while still displaying various BPWCP owned trade dress and Marks. Please be advised that per the Agreements, STTN must immediately discontinue the use of all trade dress and Marks associated with BPWCP. Continued use of these marks by your client has and will cause confusion and increase damages to BPWCP. Please convey to your client that BPWCP intends to debrand the facility on September 14, 2007 at 8 am. If your client insists on prohibiting this debranding, BPWCP will have no alternative than to seek court assistance in getting this done and will simultaneously seek its damages.

Please discuss the foregoing with your client and call the undersigned should you have any questions. Thank you.

Sincerely,

*Kristina Koltun-CAP*

Kristina Koltun
Real Estate Attorney
BP America, Inc.

cc:   Elizabeth Atlee (via email)
      Stephen Lee (via email)

4