# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C07 04808 RS<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION<br><br>[Filed concurrently with *Ex Parte* Application for Temporary Restraining Order; and Declarations of Brad Christensen and Deborah Yoon Jones.]<br><br>Honorable Richard Seeborg<br><br>Filing Date: September 17, 2007 |

TO DEFENDANTS STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN, MAGHUL FAQUIRYAN, AVA GLOBAL ENTERPRISE, LLC AND TO THEIR ATTORNEYS OF RECORD HEREIN:

YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ a.m. on _____ ____, 2007, or as soon thereafter as Counsel may be heard in the courtroom of the Honorable Richard Seeborg, located at 280 S. 1st Street, #2112, San Jose, California, why you, your agents, servants, employees and attorneys, and those

in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from displaying any Atlantic Richfield Company ("ARCO") trademark, signs, emblems and color schemes at the gasoline station and convenience store located at 631 San Felipe Road, Hollister, California 95035 (the "Station").

Pending hearing on the above Order To Show Cause, you, your agents, servants, employees and attorneys, and all those in active concert or participation with you or them, are hereby restrained and enjoined and ordered to immediately cease displaying in any manner all ARCO and BPWCP trademarks, signs, emblems and color schemes at the Station. You are further ordered to remove all ARCO and BPWCP trademarks, signs and emblems and dispose of all food and beverage containers and paper products bearing any ARCO or BPWCP marks by no later than 5:00 p.m. on October ___, 2007.

This Order To Show Cause and supporting papers must be served on Defendants STTN Enterprises, Inc., Nazim Faquiryan, Sayed Faquiryan, Maghul Faquiryan, AVA Global Enterprise, LLC's counsel of record no later than ____ court days before the date set for hearing, and Proof of Service shall be filed no later than ____ court days before the hearing. Any response or opposition to this Order To

1  Show Cause must be filed and personally served on ARCO's Counsel no later than
2  ____ court days before the date set for hearing, and Proof of Service shall be filed no
3  later than ____ court days before the hearing
4        IT IS SO ORDERED.
5
6  DATED: October ___, 2007

7                                          UNITED STATES DISTRICT COURT JUDGE
8
9  Respectfully submitted by:
10
11  DATED: October 18, 2007        KURT OSENBAUGH
                                            DEBORAH YOON JONES
12                                            SAYAKA KARITANI
                                           **WESTON, BENSHOOF, ROCHEFORT,**
13                                            **RUBALCAVA & MacCUISH LLP**
14
15                                            Deborah Yoon Jones
                                           Attorneys for Plaintiffs
16                                            BP WEST COAST PRODUCTS LLC and
                                           ATLANTIC RICHFIELD COMPANY
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **DECLARATION OF PERSONAL SERVICE** |

I am employed in the County of Fresno, State of California, and my business address is Fresno Legal Services, 2115 Kern Street, Suite 250, Fresno, California 93721. I am over the age of eighteen years and not a party to the action in which this service is made.

On October 18, 2007, I served the document(s) described as [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

[Check one of the following:]

☐ I personally delivered the documents to:
[specify name]: _____.

☒ I personally left the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served:

  ☒ with a receptionist or with a person having charge thereof

  ☐ in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon

☐ I personally left the documents at the attorney's residence with some person of not less than 18 years of age

☐ I personally left the documents at the party's residence, between the hours of eight in the morning and six in the evening, with some person of not less than 18 years of age

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

_____Vashiki Legos_____          _____[Signature]_____
[Name – Please Print]                   [Signature]

**BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.**
United States District Court, Northern District
Case No. C07 04808 RS

## SERVICE LIST

| | |
|---|---|
| John G. Michael, Esq.<br>Baker Manock & Jensen<br>5260 North Palm Avenue<br>Fourth Floor<br>Fresno, CA  93704 | Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN<br><br>Tel:  (559) 432-5400<br>Fax:  (559) 432-5620 |

1052855.1