KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Plaintiff
BP WEST COAST PRODUCTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C07 04808 RS<br><br>**NOTICE AND ACKNOWLEDGMENT OF PENDENCY OF ACTION (*LIS PENDENS*)**<br><br>(Cal. Civ. Proc. Code §§ 761.10, 405, et seq.)<br><br>Honorable Richard Seeborg<br><br>Filing Date:      September 17, 2007<br>FAC Filing Date: October 18, 2007 |

1    PLEASE TAKE NOTICE that the above-entitled action, commenced on
2 September 17, 2007 by Plaintiff BP West Coast Products LLC, a Delaware limited
3 liability company ("BPWCP ") against Defendants STTN Enterprises, Inc., Nazim
4 Faquiryan, and Sayed Faquiryan (collectively, "Defendants") is now pending in the
5 above court.
6    By way of the First Amended Complaint filed by BPWCP against
7 Defendants on October 18, 2007, this action affects title to and/or possession of real
8 property that is situated at 631 San Felipe Road, Hollister, California 95035 (the "Real
9 Property"), with APN No. 051-100-040, and that is described as follows:

> All that real and certain property located in the city of Hollister, County of San Benito, State of California, being a portion of Parcel 1 as said Parcel is shown upon the Parcel Map recorded in Book 7 of Parcel Maps at page 59, Official Records, and being more particularly described as follows:
>
> "Commencing at the Southwesterly corner of Parcel 1 as shown upon said Map; Thence N 2 Degrees 06 Minutes 20 Seconds East, 183.48 feet along the Right of Way of San Felipe Road (State Hwy. 156) to the True Point of Beginning; Thence From said True Point of Beginning, continuing along said Right of Way, N 2 Degress 06 Minutes 20 Seconds E, 176.48; Thence Northeasterly on the Arc of a Tangent curve to the Right Concave to the Southeast, having a Radius of 20.00 Feet, through a Central Angle of 90 Degrees 28 Minutes 10 Seconds, for an Arc Length of 31.58 Feet to a point on the Southerly Right of Way Line of Chappell Road; Thence Easterly Along said

1
NOTICE AND ACKNOWLEDGMENT OF PENDENCY OF ACTION

Right of Way Line, S 87 Degrees 25 Minutes 30 Seconds E 146.48 Feet; Thence leaving said Line, S 2 Degrees 06 Minutes 20 Seconds W, 222.81 Feet; Thence N 87 Degrees 25 Minutes 11 Seconds W, 90.03 Feet; Thence N 79 Degrees 10 Minutes 29 Seconds W, 60.93 Feet; Thence N 41 Degrees 33 Minutes 35 Seconds W, 24.26 Feet to the True Point of Beginning.

By way of the First Amended Complaint filed on or about October 18, 2007, BPWCP seeks, among other things, judicial foreclosure of the Deed of Trust for the Real Property described above.

DATED: October 18, 2007

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiff
BP WEST COAST PRODUCTS LLC

1  COUNTY OF LOS ANGELES )
2  STATE OF CALIFORNIA    )
3          On October 18, 2007, before me, Therese King, Notary Public in and for
4  the State of California, personally appeared Deborah Yoon Jones, personally known to
5  me, or proved to me on the basis of satisfactory evidence, to be the person whose
6  name is subscribed to the within instrument and acknowledged to me that she
7  executed the same in her authorized capacity, and that by her signature on the
8  instrument the person, or the entity on behalf of which the person acted, executed the
9  instrument.
10         Witness my hand and official seal.

Signature: _____

  

# DECLARATION OF PERSONAL SERVICE

I am employed in the County of Fresno, State of California, and my business address is Fresno Legal Services, 2115 Kern Street, Suite 250, Fresno, California 93721. I am over the age of eighteen years and not a party to the action in which this service is made.

On October 18, 2007, I served the document(s) described as **NOTICE AND ACKNOWLEDGMENT OF PENDENCY OF ACTION (*LIS PENDENS*)** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

[Check one of the following:]

☐ I personally delivered the documents to:
[specify name]: _____

☒ I personally left the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served:

  ☒ with a receptionist or with a person having charge thereof

  ☐ in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon

☐ I personally left the documents at the attorney's residence with some person of not less than 18 years of age

☐ I personally left the documents at the party's residence, between the hours of eight in the morning and six in the evening, with some person of not less than 18 years of age

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

_____         _____
[Name – Please Print]                              [Signature]

| | |
|---|---|
| 1 | **BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.** |
| 2 | United States District Court, Northern District<br>Case No. C07 04808 RS |
| 3 | **SERVICE LIST** |

John G. Michael, Esq.
Baker Manock & Jensen
5260 North Palm Avenue
Fourth Floor
Fresno, CA  93704

Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN

Tel:  (559) 432-5400
Fax:  (559) 432-5620

1052855.1