UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BP WEST COAST PRODUCTS LLC, ET AL,**<br><br>           Plaintiff(s),<br><br>VS.<br><br>**STTN ENTERPRISES, INC., ET AL,**<br><br>           Defendant(s).<br>_____ | C 07-04808 RS<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 9, 2008 before the Honorable Judge Richard Seeborg has been continued to **January 11, 2008 @ 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on January 2, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off calendar.

Dated: October 22, 2007                      RICHARD W. WIEKING,
                                                      Clerk of Court

                                                      /s/_____
                                                      Martha Parker Brown
                                                      Deputy Clerk