\*\*E-Filed 10/29/2007\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STTN ENTERPRISES, INC., A California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case Number C 07-04808 JF<br><br>ORDER[1] DENYING MOTION TO STRIKE AND GRANTING LEAVE TO FILE OPPOSITION<br><br>[re: docket no. 8] |

On October 18, 2007, Plaintiffs filed an *ex parte* application for a temporary restraining order. On October 24, 2007, Defendants moved to strike the application, or in the alternative, for leave to file opposition. Defendants assert that the application does not comply with this Court's Civil Local Rules. Since Defendants have received notice of the application and Plaintiffs do not

---

[1] This disposition is not designated for publication and may not be cited.

ORDER DENYING MOTION TO STRIKE AND GRANTING LEAVE TO FILE OPPOSITION
(JFEX2)

1 oppose Defendants' request for leave to file opposition, the Court concludes that Plaintiffs'
2 technical non-compliance with the Civil Local Rules has not resulted in any prejudice to
3 Defendants. Accordingly, Defendants motion to strike the application is DENIED. Defendants
4 shall file their opposition to the application on or before October 31, 2007.

IT IS SO ORDERED.

DATED: October 29, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-04808 JF
ORDER DENYING MOTION TO STRIKE AND GRANTING LEAVE TO FILE OPPOSITION
(JFEX2)

1  This Order has been served upon the following persons:

2  John Geelan Michael           jgm@bmj-law.com

3  Kurt Vandercook Osenbaugh     kosenbaugh@wbcounsel.com

4  Deborah Yoon Jones            djones@wbcounsel.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-04808 JF
ORDER DENYING MOTION TO STRIKE AND GRANTING LEAVE TO FILE OPPOSITION
(JFEX2)