**EXHIBIT 'E'**



E · 1





E-2





E-3





E-4



E-5





E - 6





E-7





E-8





E-9



E-10





E-11





E-12





E-13



E - 14

# EXHIBIT 'F'



Site Index | Contact us | ampm franchising

**Search:**

| About us | Support | Becoming a franchisee | Company sites for sale | Media | Brokers | International - Master franchise |

▶ ampm franchising home   ▶ Media   **Interior Photos**

Exterior Photos

**Interior Photos**

Car Wash Photos

# Interior Photos



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



🔍 Enlarge image



Enlarge image



Enlarge image



Enlarge image



🔍 Enlarge image



🔍 Enlarge image

▶ Next: Car Wash Photos >>>



Site Index   |   Contact us   |   ampm franchising

**Search:**

| About us | Support | Becoming a franchisee | Company sites for sale | Media | Brokers | International - Master franchise |

▸ ampm franchising home      ▸ Media   . **Exterior Photos**

**Exterior Photos**
Interior Photos
Car Wash Photos

# Exterior Photos



🔍  Enlarge image



🔍  Enlarge image



🔍  Enlarge image



🔍  Enlarge image



🔵 Enlarge image



🔍 Enlarge image



🔍  Enlarge image



🔍 Enlarge image



✿ Enlarge image

▶ Next: Interior Photos >>>