**EXHIBIT 'G'**





Ads by Google

**Free Clip Art**
Find A Huge Selection Of Great Clip Art, Animated Icons And More!
Freemovingclipart.com

**Free Clip Art**
Find All The Clip Art You Need. And It's Free All Free!
TheFreeClipArt.com

**Clip Art**
Huge selection of Clip Art items.
Yahoo.com

**Wendy's. That's right.**
Tell the world why you deserve a hot, juicy burger from Wendy's!
www.hotjuicyburger.com

**Free Clip Art**
Look and Choose for Free Clip Art on our site
www.suaveseeker.com

Welcome to...



...a complete guide to clipart, illusrtations, icons, web graph

Clipart Guide is now accepting new artists! Create an Account

Hot Topics:   American Flags Clipart   Halloween Clipart   Christmas Clipart

· Ads by Google·   Food Clipart   Bear Clipart   Crown Clipart   Dance Clipart

## Clip Art of Fries & Burger



More Information

**Description:** This fast food clip art image shows a picture of hamburger and fries.

Image Formats: EPS JPEG WMF

aliment, burger, burger and fries, burgers, conenience, conenience food, deep fried, edible, fast food, fast foods, f food, food, food and beerage, foods, foodstuff, french fries, fry, french-fried potatoes, fried, fried food, fried foods, fries and burger, fry, hamburger, hamburgers, healthnutrimer inexpensie, inexpensie food, junk, junk food, meal, meal c meals, nutrition, nutrition and food, nutritional, nutritiou sandwich, sandwiches, sustenance, unhealthful, unhealthful

http://www.clipartguide.com/_pages/0060-0507-1216-4313.html    10/22/2007





Home Page > Decals > **Hamburger; cartoon, with eyes - vinyl decals and graphics**

# Hamburger; cartoon, with eyes

High performance 3mil vinyl decal.  5 to 7 year outdoor life expectancy.



**Change Colors:**
This graphic has 4 colors that can be changed:
- = Orange
- = Orange
- = White
- = Green

**Flip Decal:** ☐
(Order this decal facing the opposite direction)

**Decal Size:** Pick one of these sizes, or enter your own custom size for your decal.

| Size | Price | Qty | Order |
|---|---|---|---|
| 6.63"Wx4.65"H | $7.50 | 2 | Add to Cart |
| 7.66"Wx5.37"H | $10.00 | 1 | Add to Cart |
| 9.38"Wx6.58"H | $15.00 | 1 | Add to Cart |

**Enter Your Own Size:**
Width: 5.42 IN.    Height: 3.8 IN.
☑ Maintain Proportions
Price: **$6.05**  Qty: 2    Add to Cart
*Get the custom size you need*

NOTE: $10 Minimum If the price is less than ten dollars, order more than one decal.

**Customize This Decal:** Add your own customized text to this decal.
Enter a size for your custom decal: Width: ____  Height: ____    Customize Now

**Custom Aluminum Signs W/ Hamburger; cartoon, with eyes graphic**
Create a custom alluminum sign with this image and your own custom text.
Standard Size: 4.5"Hx12"W ▼ GO    Custom size: Width: ____ Height: ____ GO

Create a custom magnetic sign with this graphic: Size: 6"Hx12"W    Create Magnet

http://www.signsbyyou.com/decals/graphic_colordecal_7021.htm    10/22/2007

**EXHIBIT 'H'**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 20 04:06:51 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [  ] OR [Jump] to record: [  ]   **Record 13 out of 19**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | FILLSMART |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail stores featuring convenience store items and gasoline and diesel fuel. FIRST USE: 20011201. FIRST USE IN COMMERCE: 20011201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76372768 |
| **Filing Date** | February 13, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 21, 2003 |
| **Registration** | |

| | |
|---|---|
| **Number** | 2976864 |
| **Registration Date** | July 26, 2005 |
| **Owner** | (REGISTRANT) HALLUM, INC. CORPORATION ARIZONA 603 N. Beaver St. Suite C Flagstaff ARIZONA 86001 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY