John G. Michael          #106107

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for  Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation.,

Plaintiffs,

v.

STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,

Defendants.

Case No. C07 04808 RS

**SUPPLEMENTAL DECLARATION OF SAYED FAQUIRYAN IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

I, Sayed Faquiryan, declare:

1. I am a defendant herein and am the Vice-President, Secretary and Treasurer of Defendant STTN ENTERPRISES, INC. ("STTN"). I am also the Managing Member of Defendant AVA GLOBAL ENTERPRISE, LLC. The facts contained in this declaration are within my personal knowledge and, if called as a witness, I could competently testify thereto.

2. As of November 6, 2007, the screens on the Payment Isle Cash ("PIC") machines no longer display the Arco name or any Arco trademarks.

///

1   I declare under penalty of perjury under the laws of the United States of America
2   that the foregoing is true and correct and that this declaration was executed on November __, 2007
3   at Hollister, California.

*[signature]*
Sayed Faquiryan

@PFDesktop\::ODMA/MHODMA/DMS;DMS;575239;1
14366.0001

---

**SUPPLEMENTAL DECLARATION OF SAYED FAQUIRYAN IN OPPOSITION TO
EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**