1  KURT OSENBAUGH (State Bar No. 106132)
   DEBORAH YOON JONES (State Bar No. 178127)
2  SAYAKA KARITANI (State Bar No. 240122)
   **WESTON, BENSHOOF, ROCHEFORT,**
3  **RUBALCAVA & MacCUISH LLP**
   333 South Hope Street
4  Sixteenth Floor
   Los Angeles, California 90071
5  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
6
   Attorneys for Plaintiffs
7  BP WEST COAST PRODUCTS LLC and
   ATLANTIC RICHFIELD COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | BP WEST COAST PRODUCTS LLC, a         Case No.: C07 04808 RS
   | Delaware Limited Liability Company; and
14 | ATLANTIC RICHFIELD COMPANY, a         **NOTICE OF WITHDRAWAL OF**
   | Delaware Corporation,                  **APPLICATION FOR TEMPORARY**
15 |                                        **RESTRAINING ORDER AND**
   |         Plaintiff,                     **ORDER TO SHOW CAUSE RE**
16 |                                        **ISSUANCE OF PRELIMINARY**
   | v.                                     **INJUNCTION**
17 |
   | STTN ENTERPRISES, INC., a California   Date: To Be Scheduled by Court
18 | Corporation; NAZIM FAQUIRYAN, an       Time: To Be Scheduled by Court
   | individual; SAYED FAQUIRYAN, an        Ctrm: 4
19 | individual; and MAGHUL FAQUIRYAN,
   | an individual; and AVA GLOBAL               Honorable Richard Seeborg
20 | ENTERPRISE, LLC, a California limited
   | liability company,                     Filing Date:    September 17, 2007
21 |
   |         Defendants.
22

23

24

25

26

27

28

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs BP West Coast Products LLC and Atlantic Richfield Company ("Plaintiffs") hereby withdraw the *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction given Defendants' representation that it is no longer violating Plaintiffs' registered trademarks, service marks and trade names and Defendants' agreement to refrain from any infringement pending the lawsuit (as well as thereafter should, as Plaintiffs suspect, Plaintiffs prevail). (See attached Exhibit A hereto.) Plaintiffs reserve their rights to renew the Application should Defendants engage in any future violation of Plaintiffs' trade marks, service marks, or trade names.

DATED: November 15, 2007         Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiff
BP WEST COAST PRODUCTS LLC

**Exhibit A**

# Baker Manock & Jensen PC
### ATTORNEYS AT LAW

**John G. Michael**
*Attorney at Law*
jmichael@bakermanock.com

Fig Garden Financial Center
5260 North Palm Avenue
Fourth Floor
Fresno, California 93704
Tel: 559.432.5400
Fax: 559.432.5620
www.bakermanock.com

## TELECOPIER TRANSMITTAL

### November 14, 2007

TO:      Ms. Deborah Y. Jones/Weston, Benshoof

TELEPHONE:      (213) 576-1000

TELECOPIER:      **(213) 576-1100**

FROM:      John G. Michael

OUR ACCOUNT:      15678.0003

RE:      BP West Coast v. STTN

NUMBER OF PAGES:    2
(including this cover page)

COMMENTS:      Copy of signed letter. Hard copy will follow.

Automatic telecopier number (559) 432-5620

If you have any questions, or if all pages are not received, please dial (559) 432-5400 and ask for the MESSAGE CENTER, or Lynda Phillips.

#### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (559) 432-5400 and return the original message to us at the address noted above via the United States Postal service. Thank you.

@PFDesktop\::ODMA/MHODMA/DMS;DMS;569238;1

3



**WESTON BENSHOOF
ROCHEFORT RUBALCAVA MacCUISH LLP**
ATTORNEYS AT LAW

(213) 576-1084
djones@wbcounsel.com

November 12, 2007

VIA FACSIMILE AND U.S. MAIL

John G. Michael, Esq.
Baker Manok & Jensen, Attorneys At Law
5260 North Palm Avenue
Fourth Floor
Fresno, CA 93704

Re: <u>BP West Coast Products LLC et al v. STTN Enterprises, Inc., et al.</u>

Dear John:

    Please be advised that BP West Coast Products LLC and Atlantic Richfield Company (collectively, "Plaintiffs") are willing to withdraw their *Ex Parte* Application for a TRO and OSC re Preliminary Injunction given the recent changes that have been made at the Station. However, we request that you confirm that your clients will continue to refrain from infringing upon Plaintiffs' trade marks, service marks, and trade names pending the lawsuit (as well as thereafter should, as we suspect, Plaintiffs prevail). Specifically, we request that your clients refrain from displaying or using any products, signs, screens, receipts or other items which bear any registered mark owned by Plaintiffs. If you agree, please sign the letter below and fax it back to me. Of course, should we learn that your clients engage in any violation of Plaintiffs' trade marks, service marks, or trade names in the future, we will renew our application immediately.

    We look forward to your anticipated cooperation.

Sincerely,

Deborah Yoon Jones
WESTON, BENSHOOF,
ROCHEFORT, RUBALCAVA & MacCUISH LLP

dyj/DJ
cc: Kurt Osenbaugh, Esq. (via email)

_____, attorney for Defendants

333 SOUTH HOPE STREET • SIXTEENTH FLOOR • LOS ANGELES, CA 90071 • TEL 213 576 1000 • FAX 213 576 1100
SUITE 215 • WESTLAKE VILLAGE, CA 91361 • TEL 805 497 9474 • FAX 805 497 8804

**PROOF OF SERVICE**

I, Lydia Moya, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On November 15, 2007, I served the document(s) described as **NOTICE OF WITHDRAWAL OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☒ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2007, at Los Angeles, California.

*/s/ Lydia Moya*
Lydia Moya

1081650.1

## BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.
### United States District Court, Northern District
### Case No. C07 04808 RS

## SERVICE LIST

| | |
|---|---|
| John G. Michael, Esq.<br>Baker Manock & Jensen<br>5260 North Palm Avenue<br>Fourth Floor<br>Fresno, CA 93704 | Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN<br><br>Tel: (559) 432-5400<br>Fax: (559) 432-5620 |

1081650.1