**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation., <br><br> Plaintiffs, <br><br> v. <br><br> STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company, <br><br> Defendants. | Case No. 5:07-cv-04808 JF <br><br> **DEFENDANTS' RESPONSE TO NOTICE OF WITHDRAWAL OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |

Defendants have asserted, and continue to assert, that they were never in violation of any trademark or unfair competition laws. It has always been Defendants' contention that Plaintiffs' prior breach of the various agreements alleged excused Defendants' performance and caused Defendants substantial damage, as will be alleged in Defendants' counter claim to be filed. Defendants' agreement to the withdrawal of the application for a temporary restraining order and order to show cause was based on their belief that they have not violated any rights of Plaintiffs, not on any admission that past violations had occurred or an agreement that alleged past violations had been remedied..

1        Defendants' agreement to the withdrawal of the application was further based on a desire to avoid unnecessary costs and attorneys' fee that would be incurred in connection with the hearings on the restraining order and the order to show cause.

DATED: November 13, 2007.

                                          BAKER, MANOCK & JENSEN

                                          By   s/John G. Michael/s
                                          John G. Michael
                                          Attorney for Defendants
                                          STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN, MAGHUL FAQUIRYAN, and AVA GLOBAL ENTERPRISE, LLC

@PFDesktop\::ODMA/MHODMA/DMS;DMS;575934;1
14366.0001