UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products, LLC, et al.

              Plaintiff(s),

    v.

STTN Enterprises, Inc., et al.

              Defendant(s).
_____/

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

AVA GLOBAL ENTERPRISES, LLC

Dated: 12/18/07

By: _____
[Party]

Dated: 12/20/07

_____
[Counsel] John G. Michael

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products, LLC, et al.

            Plaintiff(s),

    v.

STTN Enterprises, Inc., et al.

            Defendant(s).

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/18/07

Dated: 12/20/07

STTN ENTERPRISES, INC.

By: _____
[Party]

_____
[Counsel] John G. Michael

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products, LLC, et al.

        Plaintiff(s),

v.

STTN Enterprises, Inc., et al.

        Defendant(s).
_____/

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/17/07

[Party] Nazim Faquiryan

Dated: 12/20/07

[Counsel] John G. Michael

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products, LLC, et al.

               Plaintiff(s),

    v.

STTN Enterprises, Inc., et al.

               Defendant(s).

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/18/07

Dated: 12/20/07

                                                           [Party] Maghul Faquiryan

                                                           [Counsel] John G. Michael

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products, LLC, et al.

        Plaintiff(s),

v.

STTN Enterprises, Inc., et al.

        Defendant(s).
_____/

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/18/07

            [Party] Sayed Faquiryan

Dated: 12/20/07

            [Counsel] John G. Michael