UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BP West Coast Products LLC, et al.

          Plaintiff(s),

    v.

STTN Enterprises, Inc., et al.

          Defendant(s).

Case No. C07-04808 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/16/08

Dated: 12/26/07

Atlantic Richfield Company

[Party]

[Counsel] Deborah Yoon Jones

## PROOF OF SERVICE

I, Heather Thai, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 17, 2008, I served the document(s) described as ATLANTIC RICHFIELD COMPANY'S ADR CERTIFICATION BY PARTIES AND COUNSEL on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS    ☐ UPS    ☐ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of    ☐ FEDERAL EXPRESS    ☐ UPS    ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2008, at Los Angeles, California.

*Heather Thai*
Heather Thai

1052855.1

**BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.**
United States District Court, Northern District
Case No. C07 04808 JF

## SERVICE LIST

| | |
|---|---|
| John G. Michael, Esq.<br>Baker Manock & Jensen<br>5260 North Palm Avenue<br>Fourth Floor<br>Fresno, CA  93704 | Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN<br><br>Tel:  (559) 432-5400<br>Fax:  (559) 432-5620 |

1052855.1