UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 14, 2008
**Case Number:** CV-07-4808-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **BP WEST COAST PRODUCTS, ET AL  V.  STTN ENTERPRISES, ET AL**

**PLAINTIFF**                              **DEFENDANT**

**Attorneys Present: Deborah Jones**                    **Attorneys Present: John Michael**

---

PROCEEDINGS:

Case management conference held.  Parties are present.  Counsel to
participate in private mediation or court mediation by 6/13/08.   at 10:30 a.m. for further case manageme