UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 14, 2008
**Case Number:** CV-07-4808-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:           BP WEST COAST PRODUCTS, ET AL  V.  STTN ENTERPRISES, ET AL

                   PLAINTIFF                                    DEFENDANT

**Attorneys Present:** Deborah Jones                    **Attorneys Present:** John Michael

PROCEEDINGS:
Case management conference held. Parties are present. Counsel to participate in private mediation or court mediation by 6/13/08.