KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,
   RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiffs and Counter-Defendants
BP WEST COAST PRODUCTS LLC and
ATLANTIC RICHFIELD COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C07 04808 JF<br><br>**STIPULATION; AND [PROPOSED] ORDER TO CONTINUE MEDIATION CUT-OFF AND POST-MEDIATION STATUS CONFERENCE DATES**<br><br>Crtm: 4<br><br>Honorable Jeremy Fogel<br><br>Filing Date:    September 17, 2007 |

## STIPULATION

WHEREAS, the mediation cut-off date and the post-mediation conference are presently scheduled for June 13, 2008;

WHEREAS, Plaintiff and Counter-defendant BP West Coast Products LLC ("BPWCP") has taken the depositions of Sayed Faquiryan and Nazim Faquiryan but were required to wait until Sayed Faquiryan returned from Afghanistan;

WHEREAS, BPWCP has notified Defendants STTN Enterprises, Inc., Sayed Faquiryan, Nazim Faquiryan, Maghul Faquiryan, and AVA Global Enterprises, LLC (collectively referred to as "STTN") that it intends to file a Motion for Summary Judgment, or In the Alternative, Partial Summary Judgment ("Motion");

WHEREAS, BPWCP is required to set the Motion for hearing on August 8, 2008 because of the Court's and STTN's counsel's schedules, and because STTN's counsel also indicated that he will object to an earlier hearing date unless he is able to take BPWCP depositions before BPWCP files its Motion;

WHEREAS, the parties have met and conferred and have agreed to a deposition schedule in May and June 2008 of certain BPWCP witnesses necessary for the mediation;

WHEREAS, the parties have agreed to participate in mediation before the Honorable Charles A. Legge (Ret.) of JAMS on August 11, 2008. As such, the parties need to extend the date for the mediation cut-off date accordingly. Counsel have met and conferred and have agreed upon the mediation cut-off date set of August 22, 2008. The parties request that the post mediation conference presently set for June 13, 2008 be continued to August 22, 2008 at 10:30 a.m., or such other date and time after August 22, 2008 as the court shall determine;

WHEREAS, this is the first request by the parties to continue the dates in this matter and the parties seek an extension of only the mediation cut-off date and the post-mediation conference; and

1  WHEREAS, the parties still request that the Court go forward with the
2  Case Management Conference presently set for June 13, 2008 in order to set pretrial
3  and trial dates.
4  NOW THEREFORE, BPWCP and STTN, by and through their
5  respective attorneys of record herein, hereby agree and stipulate to the following:
6  1. That the mediation cut-off date is continued from June 13, 2008 to
7  August 22, 2008;
8  2. That the post mediation conference is continued from June 13,
9  2008 to August 22, 2008 at 10:00 a.m.; and
10  3. That the Case Management Conference presently set for June 13,
11  2008 at 10:30 a.m. will go forward so pretrial and trial dates may be set.

DATED: May 16, 2008    KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**

_____
Sayaka Karitani
Attorneys for Plaintiffs and Counter-Defendants
BP WEST COAST PRODUCTS LLC and
ATLANTIC RICHFIELD COMPANY

DATED: May 16, 2008    JOHN G. MICHAEL
**BAKER MANOCK & JENSEN PC**

_____
John G. Michael
Attorneys for Defendants
STTN ENTERPRISES, INC., SAYED FAQUIRYAN,
NAZIM FAQUIRYAN, MAGHUL FAQUIRYAN,
AND AVA GLOBAL ENTERPRISES, LLC

2
STIPULATION; AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CUT-OFF AND POST MEDIATION STATUS CONFERENCE DATES

1182219.1

1 | **[PROPOSED] ORDER**
2 | PURSUANT TO STIPULATION, IT IS SO ORDERED
3
4 | DATED: _____
5 |                                    _____
   |                                    Hon. Jeremy Fogel
   |                                    United States District Court

## PROOF OF SERVICE

I, Nora Fernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On May 16, 2008, I served the document(s) described as **STIPULATION; AND [PROPOSED] ORDER TO CONTINUE MEDIATION CUT-OFF AND POST-MEDIATION STATUS CONFERENCE DATES** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☒ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2008, at Los Angeles, California.

Nora Fernandez

1182219.1

BP WEST COAST PRODUCTS LLC v. STTN ENTERPRISES, et al.
United States District Court, Northern District
Case No. C07 04808 JF

**SERVICE LIST**

| | |
|---|---|
| John G. Michael, Esq.<br>Baker Manock & Jensen<br>5260 North Palm Avenue<br>Fourth Floor<br>Fresno, CA 93704 | Attorney for Defendants, STTN ENTERPRISES, INC.; NAZIM FAQUIRYAN; and SAYED FAQUIRYAN<br><br>Tel: (559) 432-5400<br>Fax: (559) 432-5620 |

1182219.1