## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 13, 2008
**Case Number:** CV-07-4808-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          BP WEST COAST PRODUCTS, ET AL  V.  STTN ENTERPRISES, ET AL

               PLAINTIFF                              DEFENDANT

**Attorneys Present:** Deborah Jones                **Attorneys Present:** Deborah Coe

---

PROCEEDINGS:
Further case management conference held. Parties are present. The Court sets the case for hearing motions and further case management conference on 8/8/08 at 9:00 a.m.