

1  KURT OSENBAUGH (State Bar No. 106132)
   DEBORAH YOON JONES (State Bar No. 178127)
2  SAYAKA KARITANI (State Bar No. 240122)
   **WESTON, BENSHOOF, ROCHEFORT,**
3  **RUBALCAVA & MacCUISH LLP**
   333 South Hope Street, Sixteenth Floor
4  Los Angeles, California 90071
   Telephone: (213) 576-1000
5  Facsimile: (213) 576-1100
   kosenbaugh@wbcounsel.com
6  djones@wbcounsel.com
   skaritani@wbcounsel.com

7  Attorneys for Plaintiffs and Counter-Defendants
   BP WEST COAST PRODUCTS LLC and
8  ATLANTIC RICHFIELD COMPANY

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C07 04808 JF<br><br>**STIPULATION; AND [PROPOSED] ORDER FOR LEAVE TO FILE REVISED SECOND AMENDED COMPLAINT**<br><br>Crtm: 4<br><br>Honorable Jeremy Fogel<br><br>Filing Date:    September 17, 2007 |

# STIPULATION

WHEREAS, the present action was filed by Plaintiff and Counter-defendant BP West Coast Products LLC ("BPWCP") against Defendants and Counter-claimants STTN Enterprises, Inc., Sayed Faquiryan, Nazim Faquiryan, Maghul Faquiryan, and AVA Global Enterprises, LLC (collectively referred to as "STTN") on September 17, 2007;

WHEREAS, on May 20, 2008, the Court issued a stipulated order ("May 20th Order") granting leave for BPWCP and ARCO to amend its First Amended Complaint to: (1) dismiss the Tenth through Thirteenth Causes of Action, which are claims that are based on STTN's alleged trademark violations, and (2) withdraw ARCO as Plaintiff from this action. The May 20th Order attached the Second Amended Complaint proposed by BPWCP. The Court's May 20th Order also granted STTN leave to dismiss ARCO as a Counter-Defendant;

WHEREAS, shortly after the Court issued the May 20th Order and during the course of discovery, BPWCP learned that the Notice of Termination sent on September 6, 2007, a copy of which is attached to the complaint on file, referenced the 20-year am/pm and gas agreements entered into on July 11, 2006 (collectively, "20-year Agreements") but did not specifically reference the 1-year Contract Dealer Gasoline Agreement dated October 12, 2006 ("1-year Agreement"). Despite the fact that BPWCP maintains that the Notice of Termination properly and adequately (1) advises STTN of the grounds for termination of the gasoline and convenience store franchises, (2) provides a clear statement of the intent to terminate, (3) specifies the termination date, and (4) includes a summary statement of the Petroleum Marketing Practices Act, 15 U.S.C. §§ 2801, *et seq.* (the "PMPA"), BPWCP would like to clarify for the Court and parties the facts concerning the termination of the gasoline and convenience store franchises;

1

1  WHEREAS, BPWCP seeks to file a revised Second Amended Complaint and to clarify and allege that the Notice of Termination sent on September 6, 2007, terminated the gas and convenience store franchise agreements including the 20-year Agreements and the 1-year Agreement;

WHEREAS, STTN has not yet filed its amended Answer and Counterclaim to BPWCP's Second Amended Complaint.

NOW THEREFORE, BPWCP and STTN, by and through their respective attorneys of record herein, hereby agree and stipulate to the following:

1.  BPWCP may file the revised Second Amended Complaint, a copy of which is attached hereto as Exhibit A and the original of which is being lodged with the Court; and

2. STTN may forego filing an amended Answer and Counterclaim against BPWCP's previously proposed Second Amended Complaint and instead file the Amended Answer and Counterclaim against BPWCP's revised Second Amended Complaint such that STTN may dismiss ARCO as Counter-defendant from this action.

DATED: June 6, 2008

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiffs and Counter-Defendants
BP WEST COAST PRODUCTS LLC and
ATLANTIC RICHFIELD COMPANY

DATED: May __, 2008

JOHN G. MICHAEL
**BAKER MANOCK & JENSEN PC**

_____
John G. Michael
Attorneys for Defendants
STTN ENTERPRISES, INC., SAYED FAQUIRYAN, NAZIM FAQUIRYAN, MAGHUL FAQUIRYAN, AND AVA GLOBAL ENTERPRISES, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/12/08

Hon. Jeremy Fogel
United States District Court

2. STTN may forego filing an amended Answer and Counterclaim against BPWCP's previously proposed Second Amended Complaint and instead file the Amended Answer and Counterclaim against BPWCP's revised Second Amended Complaint such that STTN may dismiss ARCO as Counter-defendant from this action.

DATED: May __, 2008

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiffs and Counter-Defendants
BP WEST COAST PRODUCTS LLC and
ATLANTIC RICHFIELD COMPANY

DATED: ~~May~~ June 6, 2008

JOHN G. MICHAEL
**BAKER MANOCK & JENSEN PC**

_____
John G. Michael
Attorneys for Defendants
STTN ENTERPRISES, INC., SAYED FAQUIRYAN, NAZIM FAQUIRYAN, MAGHUL FAQUIRYAN, AND AVA GLOBAL ENTERPRISES, LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

Hon. Jeremy Fogel
United States District Court