KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,
   RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C07 04808 JF<br><br>**DECLARATION OF DEBORAH YOON JONES IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S:**<br><br>**(1) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT; AND**<br><br>**(2) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE COUNTERCLAIM**<br><br>[Filed concurrently with Notices and Motions; Memoranda of Points and Authorities; Declaration of Thomas Reeder, Brad Christensen, and Cecile McDonnell; Appendix of Non-Federal Authorities; and [Proposed] Orders.]<br><br>Date:   August 8, 2008 (reserved)<br>Time:   9:00 a.m.<br>Crtrm:  3<br><br>Honorable Jeremy Fogel<br><br>Filing Date:   September 17, 2007 |

1213068.1

### DECLARATION OF DEBORAH YOON JONES

I, DEBORAH YOON JONES, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, attorneys of record herein for plaintiffs BP West Coast Products LLC ("BPWCP"). I make this declaration in support of BPWCP's: (1) Motion for Summary Judgment, Or In the Alternative, Partial Summary Judgment as to the Second Amended Complaint; and (2) Motion for Summary Judgment, Or In the Alternative, Partial Summary Judgment as to the Counterclaim. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit 1** are the true and correct copies of relevant excerpts and exhibits from the deposition transcript of Sayed Faquiryan, taken on April 23, 2008, and that are cited in BPWCP's Motion. The relevant portions have been underlined for the Court's convenience.

3. Attached as **Exhibit 2** are the true and correct copies of excerpts and exhibits from the deposition transcript of Nazim Faquiryan, taken on April 24, 2008, and that are cited in BPWCP's Motion. The relevant portions have been underlined for the Court's convenience.

4. Attached as **Exhibit 3** is the true and correct copy of BPWCP's Requests for Admissions, Set One, propounded to Maghul Faquiryan.

5. Attached as **Exhibit 4** is the true and correct copy of Maghul Faquiryan's Responses to BPWCP's Requests for Admissions, Set One.

6. Attached as **Exhibit 5** is the true and correct copy of Sayed Faquiryan's Responses to BPWCP's Interrogatories, Set One.

7. Attached as **Exhibit 6** is the true and correct copy of Nazim Faquiryan's Responses to BPWCP's Interrogatories, Set One.

8. Attached as **Exhibit 7** is the true and correct copy of STTN Enterprises, Inc.'s Responses to BPWCP's Interrogatories, Set One.

1
DECLARATION OF DEBORAH YOON JONES IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT

1213068.1

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 3, 2008, at Los Angeles, California.

_____
DEBORAH YOON JONES

DECLARATION OF DEBORAH YOON JONES IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT

1213068.1