KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,**
   **RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>      v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C07 04808 JF<br><br>**BP WEST COAST PRODUCTS LLC'S APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF:**<br><br>**(1) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT; AND**<br><br>**(2) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE COUNTERCLAIM**<br><br>[Filed concurrently with Notices, Memoranda of Points and Authorities; Declarations of Deborah Yoon Jones, Thomas Reeder, Brad Christensen, and Cecile McDonnell; and [Proposed] Order.]<br><br>Date:     August 8, 2008 (reserved)<br>Time:    9:00 a.m.<br>Crtrm:   3<br><br>Honorable Jeremy Fogel<br><br>Filing Date:     September 17, 2007 |

BP WEST COAST PRODUCTS LLC'S APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT
OF MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY
JUDGMENT AS TO THE SECOND AMENDED COMPLAINT AND COUNTERCLAIM

1132572.1

Plaintiff and Counter-Defendant BP West Coast Products LLC hereby submits copies of the following non-Federal authorities cited in support of its: (1) Motion for Summary Judgment, Or in the Alternative, Partial Summary Judgment as to the Second Amended Complaint; and (2) Motion for Summary Judgment, Or in the Alternative, Partial Summary Judgment as to the Counterclaim:

1. *250 L.L.C. v. Photopoint Corp.* (2005) 131 Cal.App.4th 703
2. *Admiral Oil Co. v. Lynch* (1961) 188 Cal.App.2d 269
3. *Banco Do Brasil, S.A. v. Latian, Inc.* (1991) 234 Cal.App.3d 973
4. *Bank of America v. Pendergrass* (1935) 4 Cal.2d 258
5. *Bennett v. Carlen* (1963) 213 Cal.App.2d 307
6. *Benton v. Hofmann Plastering Co.* (1962) 207 Cal.App.2d 61
7. *Bionghi v. Metro. Water Dist.* (1999) 70 Cal.App.4th 1358
8. *Careau & Co. v. Security Pacific Business Credit, Inc.* (1990) 222 Cal.App.3d 1371
9. *Casa Herrera, Inc. v. Nasser Beydoun* (2004) 32 Cal. 4th 336
10. *Consolidate World Investments, Inc. v. Lido Preferred Ltd.* (1992) 9 Cal.App.4th 373
11. *Dinosaur Development, Inc. V. White* (1989) 216 Cal.App.3d 1310
12. *Erlich v. Mendezes* (1999) 21 Cal.4th 543
13. *First Commercial Mortgage Co. v. Reece* (2001) 89 Cal.App.4th 731
14. *First Nationwide Savings v. Perry* (1992) 11 Cal.App.4th 1657
15. *Foley v. Interactive Data Corp.* (1988) 42 Cal.3d 654
16. *Freeman & Mills v. Belcher Oil Co.* (1995) 11 Cal.4th 85
17. *Guz v. Bechtel Nat'l, Inc.* (2000) 24 Cal.4th 317
18. *Harris v. Atlantic Richfield Co.* (1993) 14 Cal.App.4th 70
19. *Hickman v. London Assur. Corp.* (1920) 184 Cal. 524
20. *Holmes v. Steele* (1969) 269 Cal.App.2d 675

1

BP WEST COAST PRODUCTS LLC'S APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT AND COUNTERCLAIM

1132572.1

21. *Laks v. Coast Fed. Sav. and Loan Ass'n* (1976) 60 Cal.App.3d 885

22. *Luddy v. Pavkovich* (1902) 137 Cal. 284

23. *Martin v. U-Haul Company of Fresno* (1988) 204 Cal.App.3d 396

24. *Masterson v. Sine* (1968) 68 Cal.2d 222

25. *Mitri v. Arnel Management Company* (2007) 157 Cal.App. 4th 1164

26. *Nymark v. Heart Fed. Savings & Loan Ass'n* (1991) 231 Cal.App.3d 1089

27. *Peterson Development Company v. Torrey Pines Bank* 233 Cal.App. 3d 103

28. *Price v. Wells Fargo Bank* (1989) 213 Cal.App.3d 465

29. *Quackenbush v. Darrough* (1919) 44 Cal.App. 564

30. *Sheldon Builders, Inc. v. Trojan Towers* (1967) 255 Cal.App.2d 781

31. *Storek & Storek, Inc. v. Citicorp Real Estate, Inc.* (2002) 100 Cal.App.4th 44

32. *Talcott v. Meakin* (1915) 26 Cal.App. 293

33. *Tenzer v. Superscope, Inc.* (1985) 39 Cal.3d 18

34. *Wagner v. Glendale Adventist Med. Ctr.* (1989) 216 Cal.App.3d 1379

35. *Youngblood v. Silvagni* (1959) 173 Cal.App.2d 731

36. Civ. Proc. Code § 726

37. Civ. Proc. Code § 1856

DATED: July 3, 2008

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

1132572.1

2
BP WEST COAST PRODUCTS LLC'S APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT
OF MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY
JUDGMENT AS TO THE SECOND AMENDED COMPLAINT AND COUNTERCLAIM