Michael Ryan L. Eddings #256519

**BAKER MANOCK & JENSEN, PC**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for   Defendants and Counter-Claimants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br>_____<br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Cross-Complainants,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company;<br><br>Cross-Defendants.<br>_____ | Case No. 5:07-CV-04808 JF<br><br>OBJECTIONS TO THE DECLARATION OF CECILE MCDONNELL IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S:<br><br>(1) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT; AND<br><br>(2) MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE COUNTERCLAIM<br><br><br>Date: August 8, 2008<br>Time: 9:00 a.m.<br>Dept. 3<br><br>The Honorable Jeremy Fogel |

---

OBJECTIONS TO THE DECLARATION OF CECILE MCDONNELL
IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT

Defendants and Counter-Claimants STTN ENTERPRISES, INC. ("STTN"), a California Corporation; NAZIM FAQUIRYAN ("Nazim"), an individual; SAYED FAQUIRYAN ("Sayed"), an individual; and MAGHUL FAQUIRYAN ("Maghul"), an individual; and AVA GLOBAL ENTERPRISE, LLC ("AVA"), a California limited liability company (collectively referred to herein as "Defendants") hereby object to the Declaration of Cecile McDonnell ("McDonnell" or "Declarant") submitted in Support of Plaintiff BP WEST COAST PRODUCTS, LLC'S ("BP") (1) Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, as to the Second Amended Complaint, and Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, as to the Counterclaim.

1. Defendants generally object to the Declaration of Cecile McDonnell on the grounds that it is full of irrelevant and speculative material and improper innuendo. Moreover, much of the information contained therein is hearsay and otherwise lacks proper foundation. Without waiving the foregoing objections, Defendants object to specific statements as follows:

2. **Paragraph 6:**

Page 3, lines 2-4: Defendants object to this statement in that it is speculative, lacks a proper foundation, and is a legal conclusion, particularly as to the legal effect of any agreement(s) signed by Defendants.

Page 3, lines 4-6: Defendants object to this statement in that it is speculative, lacks a proper foundation, and is a legal conclusion, particularly as to the legal effect of any agreement(s) signed by Defendants.

Page 3, lines 6-8: Defendants object to this statement in that it is speculative, lacks a proper foundation, is vague and ambiguous, assumes facts not in evidence and is not based upon the personal knowledge of the Declarant, particularly as to the allegation that STTN "made a profit."

3. **Paragraph 7:**

Page 3, lines 16-18: Defendants object to this statement in that it is speculative, lacks a proper foundation, is vague and ambiguous, assumes facts not in evidence, and is not based upon the personal knowledge of the Declarant, particularly as to the everything the Declarant states

1  is her "understanding."

2      4.    **Paragraph 8:** Defendants object to this paragraph in that it is speculative, lacks a proper foundation, and is a legal conclusion, particularly as to the legal effect of any agreement(s) signed by Defendants, as well as the allegation that STTN was in "default."

    5.    Defendants hereby ask the Court to grant leave to make further specific objections to Ms. McDonnell's declaration to the extent that the Court finds that any of the statements made therein are material to the issues raised by this motion.

DATED: July 18, 2008.

BAKER MANOCK & JENSEN, PC


By /s/John G. Michael
John G. Michael
Ryan L. Eddings
Attorney for Defendants
STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN, MAGHUL FAQUIRYAN, and AVA GLOBAL ENTERPRISE, LLC

@PFDesktop\::ODMA/MHODMA/DMS;DMS;653966;1

15678.0003

---

3
OBJECTIONS TO THE DECLARATION OF CECILE MCDONNELL
IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT