John G. Michael
Ryan L. Eddings                    #256519

1         **BAKER MANOCK & JENSEN, PC**
                  A PROFESSIONAL CORPORATION
                 FIG GARDEN FINANCIAL CENTER
2           5260 NORTH PALM AVENUE, FOURTH FLOOR
                  FRESNO, CALIFORNIA 93704-2209
3                 TELEPHONE (559) 432-5400
                  TELECOPIER (559) 432-5620

4

5    Attorneys for    Defendants and Counter-Claimants

6

7

8                    UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   BP WEST COAST PRODUCTS, LLC, a          )    Case No. 5:07-CV-04808 JF
     Delaware Limited Liability Company,     )
12                                           )
                               Plaintiff,    )    OBJECTIONS TO THE DECLARATION
13                                           )    OF THOMAS REEDER IN SUPPORT OF
           v.                                )    BP WEST COAST PRODUCTS LLC'S:
14                                           )
     STTN ENTERPRISES, INC., a California    )    (1) MOTION FOR SUMMARY
15   Corporation; NAZIM FAQUIRYAN, an        )    JUDGMENT, OR IN THE
     individual; SAYED FAQUIRYAN, an         )    ALTERNATIVE, PARTIAL SUMMARY
16   individual; and MAGHUL FAQUIRYAN, an    )    JUDGMENT AS TO THE SECOND
     individual; and AVA GLOBAL ENTERPRISE,  )    AMENDED COMPLAINT; AND
17   LLC, a California limited liability company, )
                                             )    (2) MOTION FOR SUMMARY
18                             Defendants.    )    JUDGMENT, OR IN THE
                                             )    ALTERNATIVE, PARTIAL SUMMARY
19   _____)    JUDGMENT AS TO THE
     STTN ENTERPRISES, INC., a California    )    COUNTERCLAIM
20   Corporation; NAZIM FAQUIRYAN, an        )
     individual; SAYED FAQUIRYAN, an         )
21   individual; and MAGHUL FAQUIRYAN, an    )
     individual; and AVA GLOBAL ENTERPRISE,  )
22   LLC, a California limited liability company, )
                                             )    Date: August 8, 2008
23                       Cross-Complainants,  )    Time: 9:00 a.m.
                                             )    Dept.  3
24         v.                                )
                                             )    The Honorable Jeremy Fogel
25   BP WEST COAST PRODUCTS, LLC, a          )
     Delaware Limited Liability Company;     )
26                                           )
                         Cross-Defendants.   )
27   _____)

28

---
OBJECTIONS TO THE DECLARATION OF THOMAS REEDER
IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT

1    Defendants and Counter-Claimants STTN ENTERPRISES, INC. ("STTN"), a

2  California Corporation; NAZIM FAQUIRYAN ("Nazim"), an individual; SAYED FAQUIRYAN

3  ("Sayed"), an individual; and MAGHUL FAQUIRYAN ("Maghul"), an individual; and AVA

4  GLOBAL ENTERPRISE, LLC ("AVA"), a California limited liability company (collectively

5  referred to herein as "Defendants") hereby object to the Declaration of Thomas Reeder ("Reeder"

6  or "Declarant") submitted in Support of Plaintiff BP WEST COAST PRODUCTS, LLC'S ("BP")

7  (1) Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, as to the

8  Second Amended Complaint, and Motion for Summary Judgment, or in the Alternative Partial

9  Summary Judgment, as to the Counterclaim.

10    1.    Defendants generally object to the Declaration of Thomas Reeder on the

11  grounds that it is full of irrelevant and speculative material and improper innuendo. Moreover,

12  much of the information contained therein is hearsay and otherwise lacks proper foundation.

13  Without waiving the foregoing objections, Defendants object to specific statements as follows:

14    2.    **Paragraph 4:**

15    Page 2, lines 4-6: Defendants object to this statement in that it is speculative, lacks

16  a proper foundation, is vague and ambiguous, assumes facts not in evidence and is not based upon

17  the personal knowledge of the Declarant, particularly as to the Declarant's attempt to testify as the

18  intent and understanding of the unidentified individuals labeled as "BPWCP."

19    Page 2, lines 6-7: Defendants object to this statement in that it is speculative, lacks

20  a proper foundation, and is a legal conclusion, particularly as to the legal effect of any

21  agreement(s) signed by Defendants.

22    Page 2, lines 7-9: Defendants object to this statement in that it is speculative, lacks

23  a proper foundation, and is a legal conclusion, particularly as to the legal effect of any

24  agreement(s) signed by Defendants.

25    3.    **Paragraph 11:**

26    Page 4, lines 3-6: Defendants object to this statement in that it is speculative, lacks

27  a proper foundation, is vague and ambiguous, assumes facts not in evidence, and is not based upon

28  the personal knowledge of the Declarant, particularly as to the everything the Declarant allegedly

1  "learned."

2        Page 4, lines 7-8:  Defendants object to this statement in that it is speculative, lacks

3  a proper foundation, is vague and ambiguous, assumes facts not in evidence and is not based upon

4  the personal knowledge of the Declarant, particularly as to the allegation that "STTN would have

5  run out of the amounts delivered within 3-5 days."

6        Page 4, lines 8-10:  Defendants object to this statement in that it is speculative,

7  lacks a proper foundation, is vague and ambiguous, assumes facts not in evidence and is not based

8  upon the personal knowledge of the Declarant, particularly as to the allegation that "STTN would

9  not have any product to sell by August 24, 2007."

10        Moreover, Defendants object to this statement in that it states a legal conclusion,

11  particularly as to the allegation that certain activities "would have been in breach of the Franchise

12  Agreements."

13        4.    **Paragraph 15:**

14        Page 5, lines 24-27:  Defendants object to this statement in that it is speculative,

15  lacks a proper foundation, is vague and ambiguous, assumes facts not in evidence and is not based

16  upon the personal knowledge of the Declarant, particularly as to the Declarant's attempt to testify

17  as the intent and understanding of the unidentified individuals who purportedly drafted the

18  Conditional Commitment Letter discussed therein.

19        Moreover, Defendants object to this statement as a legal conclusion, particularly as

20  to the Declarant's attempt to testify to the alleged "intended purpose" of the Conditional

21  Commitment Letter.

22        5.    **Paragraph 17:**

23        Page 6, lines 17-18:  Defendants object to this statement in that it is speculative,

24  lacks a proper foundation, is vague and ambiguous, states a legal conclusion, assumes facts not in

25  evidence and is not based upon the personal knowledge of the Declarant, particularly as to the

26  Declarant's attempt to testify as the intent and understanding of the unidentified individuals

27  labeled as "BPWCP" and "STTN."

28  ///

1         6.     **Paragraph 18:**

2         <u>Page 6, lines 21-24</u>: Defendants object to this statement in that it is speculative,

3   lacks a proper foundation, is vague and ambiguous, states a legal conclusion, assumes facts not in

4   evidence and is not based upon the personal knowledge of the Declarant, particularly as to the

5   Declarant's attempt to testify as the intent and understanding of the unidentified individuals

6   labeled as "BPWCP" and "STTN."

7         7.     Defendants hereby ask the Court to grant leave to make further specific

8   objections to Mr. Reeder's declaration to the extent that the Court finds that any of the statements

9   made therein are material to the issues raised by this motion.

10        DATED: July 18, 2008.

11                                  BAKER MANOCK & JENSEN, PC

12

13                                  By /s/John G. Michael
                                John G. Michael

14                                  Ryan L. Eddings
                                Attorney for Defendants

15                                  STTN ENTERPRISES, INC., NAZIM
                                FAQUIRYAN, SAYED FAQUIRYAN, MAGHUL

16                                  FAQUIRYAN, and AVA GLOBAL ENTERPRISE,
                                LLC

17

18  @PFDesktop\::ODMA/MHODMA/DMS;DMS;653950;1

19  15678.0003

20

21

22

23

24

25

26

27

28

OBJECTIONS TO THE DECLARATION OF THOMAS REEDER
IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S MOTIONS FOR SUMMARY JUDGMENT