KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C07 04808 JF<br><br>**DECLARATION OF ELIZABETH CHANG IN SUPPORT OF REPLY BRIEF IN SUPPORT OF BP WEST COAST PRODUCT LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Reply Briefs in Support of Motions for Summary Judgment as to Second Amended Complaint and Counterclaim; Additional Declaration of Deborah Yoon Jones; Evidentiary Objections to Declaration of Sayed Faquiryan and John Michael; and Appendix of Authorities.]<br><br>Date:  August 8, 2008 (reserved)<br>Time:  9:00 a.m.<br>Crtm:  4<br><br>Honorable Jeremy Fogel<br><br>Filing Date:   September 17, 2007 |
| AND RELATED CROSS-ACTION | |

1226532.1                                           **DECLARATION OF ELIZABETH CHANG**

I, Elizabeth Chang, declare and state as follows:

1. I am currently a Financial Analyst in the Credit Department of BP West Coast Products LLC ("BPWCP"). As a Financial Analyst, I review new dealer/franchisee applicants and monitor receivables for current customers to ensure accounts are current.

2. I am responsible for maintaining the account balance that pertains to STTN Enterprises, Inc. ("STTN") and the former ARCO-branded gasoline station and am/pm mini market located at 631 San Felipe Road, Hollister, California (the "Station"). I have prepared the attached report which reflects the gasoline deliveries and payments from approximately January 1, 2007 through August 19, 2007, as well as other amounts including royalties, product advances and deposits. Based upon my accounting, the following is true:

(a) As of May 4, 2007, the total outstanding balance for gasoline deliveries made to the Station, but not paid for by STTN, was $184,075.50;

(b) Between May 4, 2007 and July 15, 2007, STTN's payments for gasoline included additional amounts which totaled $28,679.09 for this time period;

(c) Between July 16, 2007 and August 15, 2007, STTN's payments for gasoline included additional amounts which totaled $15,019.42 for this time period;

(d) As of August 24, 2007, the total outstanding balance for gasoline deliveries made to the Station, but not paid for by STTN, was $138,394.77;

(e) As of September 6, 2007, which I understand is the date of the Notice of Termination, the total outstanding balance for gasoline deliveries made to the Station, but not paid for by STTN, was $126,394.77, which takes into consideration the "product advance" deposit of $11,200.00 and security deposit of $1,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008, at LA PALMA, California.

_ELIZABETH CHANG_

1

Case No.: C07 04808 JF
DECLARATION OF ELIZABETH CHANG

Fac. #82461  SAP #90152961
STTN Enterprises
COD effective 1/30/2007
Account Balance as of July 22, 2008

| Doc. date | Doc. no. | Amount | BOL Date | BOL # | Text | CCHK Date | CCHK # | Amount | Difference |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2007 | 3022056233 | $21,078.93 | 12/31/2006 | 0556080 | returned on 1/08/07due to stop payment | | | | |
| 1/8/2007 | 3022120003 | $20,859.48 | 1/7/2007 | 0559505 | returned NSF on 1/16/07 - SR #1-12812116 created for dispute | | | | |
| 1/14/2007 | 3022159335 | $20,866.68 | 1/11/2007 | 0561573 | returned on 1/19 & 1/25 due to stop payment | | | | |
| 1/15/2007 | 3022178299 | $21,472.44 | 1/13/2007 | 0562666 | invoice held per fc req - site has issues due to power outage | | | | |
| 1/21/2007 | 3022213698 | $20,938.66 | 1/19/2007 | 0565619 | returned on 1/26/07 due to stop pay - credit was issued & eft'd to dlr's bank account on 3/5/07 | | | | |
| 3/12/2007 | 3022547112 | $21,345.45 | 1/19/2007 | 0565619 | rebill of bol #0565619 | | | | |
| 1/24/2007 | 3022253575 | $20,836.93 | 1/23/2007 | 0567848 | returned on 1/31/07 due to stop payment | | | | |
| 1/31/2007 | 3022309234 | $20,851.09 | 1/30/2007 | 0571519 | first COD invoice | 1/30/2007 | 1220 | ($22,000.00) | $20,851.09 |
| | | | | | check #1220 returned due to dlr putting stop payment | | | $22,000.00 | $21,338.16 |
| 2/5/2007 | 3022358998 | $21,338.16 | 2/2/2007 | 0573078 | | missing payment | | $0.00 | |
| 2/7/2007 | 3022375842 | $21,897.50 | 2/7/2007 | 0575276 | | 2/6/2007 | 0149002538 | ($22,500.00) | ($602.50) |
| 2/12/2007 | 3022414847 | $21,252.22 | 2/10/2007 | 0576943 | | 2/10/2007 | 0149002545 | ($20,200.00) | |
| | | | | | | 2/13/2007 | 415614589 | ($1,800.00) | ($747.78) |
| 2/14/2007 | 3022432918 | $21,084.27 | 2/14/2007 | 0578900 | | 2/14/2007 | 525335946 | ($22,000.00) | ($915.73) |
| 2/19/2007 | 3022468658 | $22,136.36 | 2/17/2007 | 0580700 | | 2/17/2007 | 511076093 | ($23,000.00) | ($863.64) |
| 2/21/2007 | 3022487185 | $21,563.53 | 2/20/2007 | 0582187 | | 2/20/2007 | 525335951 | ($23,000.00) | ($1,436.47) |
| 2/25/2007 | 3022513117 | $22,138.70 | 2/24/2007 | 0584166 | | 2/23/2007 | 511076107 | ($20,000.00) | |
| | | | | | | 2/23/2007 | 525335959 | ($2,000.00) | $138.70 |
| 2/26/2007 | 3022525674 | $22,167.59 | 2/26/2007 | 0585118 | | 2/26/2007 | 511076119 | ($22,000.00) | $167.59 |
| 3/4/2007 | 3022579291 | $22,968.27 | 3/2/2007 | 0587337 | | 3/1/2007 | 525335968 | ($16,600.00) | |
| | | | | | | 3/1/2007 | 0191001804 | ($5,400.00) | $968.27 |
| 3/5/2007 | 3022597612 | $15,322.28 | 3/5/2007 | 0588899 | | 3/5/2007 | 0191001810 | ($18,000.00) | |
| 3/6/2007 | 3022605865 | $7,938.42 | 3/5/2007 | 0588852 | | 3/5/2007 | 511076146 | ($6,000.00) | ($739.30) |
| 3/7/2007 | 3022616757 | $23,359.43 | 3/6/2007 | 0589716 | | 3/6/2007 | 525335973 | ($25,000.00) | ($1,640.57) |
| 3/11/2007 | 3022643366 | $24,833.75 | 3/10/2007 | 0591749 | | 3/9/2007 | 525335979 | ($15,000.00) | |
| | | | | | | 3/9/2007 | 0191001826 | ($10,000.00) | ($166.25) |
| 3/14/2007 | 3022665079 | $24,610.78 | 3/12/2007 | 052142 | | 3/12/2007 | 511076169 | ($25,000.00) | ($389.22) |
| 3/18/2007 | 3022691516 | $25,254.19 | 3/15/2007 | 0594706 | | 3/15/2007 | 0191001829 | ($8,100.00) | |
| | | | | | | 3/15/2007 | 511076179 | ($16,900.00) | $254.19 |
| 3/19/2007 | 3022711195 | $24,681.54 | 3/17/2007 | 0595902 | | 3/17/2007 | 511076189 | ($25,000.00) | ($318.46) |
| 3/21/2007 | 3022729979 | $25,257.07 | 3/21/2007 | 0597932 | | 3/21/2007 | 511076201 | ($25,000.00) | $257.07 |
| 3/25/2007 | 3022756482 | $25,506.74 | 3/24/2007 | 0599732 | | 3/24/2007 | 511076213 | ($25,000.00) | $506.74 |
| 3/26/2007 | 3022769907 | $25,498.16 | 3/26/2007 | 0600651 | | 3/26/2007 | 511076217 | ($14,300.00) | |
| | | | | | | 3/26/2007 | 0190001847 | ($10,700.00) | $498.16 |
| 3/29/2007 | 3022800892 | $25,913.29 | 3/29/2007 | 0602454 | | 3/29/2007 | 511076232 | ($26,000.00) | ($86.71) |
| 4/1/2007 | 3022816843 | $26,208.17 | 3/31/2007 | 0603686 | | 3/31/2007 | 511076245 | ($26,000.00) | $208.17 |
| 4/3/2007 | 3022855068 | $26,133.80 | 4/2/2007 | 0604825 | | 4/2/2007 | 511076255 | ($21,000.00) | |
| | | | | | | 4/2/2007 | 0190001857 | ($5,000.00) | $133.80 |
| 4/8/2007 | 3022890529 | $26,944.51 | 4/6/2007 | 0607144 | | 4/6/2007 | 511076278 | ($27,000.00) | ($55.49) |
| 4/9/2007 | 3022902209 | $26,693.92 | 4/9/2007 | 0608462 | | 4/9/2007 | 511076283 | ($27,000.00) | ($306.08) |
| 4/10/2007 | 3022912665 | $26,904.28 | 4/10/2007 | 0609078 | | 4/13/2007 | 511076308 | ($27,000.00) | |
| 4/15/2007 | 3022947395 | $8,004.68 | 4/13/2007 | 0610837 | | 4/13/2007 | 511076309 | ($27,000.00) | |
| 4/15/2007 | 3022947396 | $19,089.98 | 4/13/2007 | 0610839 | | | | | |
| 4/17/2007 | 3022970478 | $27,086.25 | 4/16/2007 | 0612327 | | 4/16/2007 | 019001884 | ($9,450.00) | |
| | | | | | | 4/16/2007 | 511076314 | ($17,550.00) | $86.25 |
| 4/19/2007 | 3022989425 | $27,176.04 | 4/19/2007 | 0613801 | | 4/19/2007 | 511076323 | ($27,000.00) | $176.04 |
| 4/22/2007 | 3023000883 | $27,174.79 | 4/21/2007 | 0209572 | | 4/21/2007 | 511076332 | ($27,000.00) | $174.79 |
| 4/25/2007 | 3023037185 | $27,678.64 | 4/24/2007 | 0616570 | | 4/24/2007 | 511076339 | ($19,900.00) | |
| | | | | | | 4/24/2007 | 0191001896 | ($8,100.00) | ($321.36) |
| 4/30/2007 | 3023056651 | $27,957.25 | 4/27/2007 | 0617913 | | 4/27/2007 | 511076348 | ($28,000.00) | ($42.75) |
| 4/30/2007 | 3023076809 | $27,735.88 | 4/30/2007 | 0619230 | | 4/30/2007 | 511076358 | ($28,000.00) | ($264.12) |
| 5/2/2007 | 3023112077 | $27,815.40 | 5/2/2007 | 0620383 | | 5/2/2007 | 0827002859 | ($21,200.00) | |
| | | | | | | 5/2/2007 | 511076366 | ($6,800.00) | ($184.60) |
| Total product up to 5/4/07: | | $965,575.50 | | | | Total pymt up to 5/4/07: | | ($781,500.00) | |
| Acct balance as of 5/4/07: | | $184,075.50 | | | | | | | |

2

Fac. #82461 | SAP #90152961
STTN Enterprises
COD effective 1/30/2007
Account Balance as of July 22, 2008

| Doc. date | Doc. no. | Amount | BOL Date | BOL # | Text | CCHK Date | CCHK # | Amount | Difference | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2007 | 3023129932 | $28,146.97 | 5/5/2007 | 0210956 | | 5/5/2007 | 525336058 | ($28,000.00) | $146.97 | | |
| 5/10/2007 | 3023178324 | $28,378.15 | 5/8/2007 | 0623329 | | 5/8/2007 | 511076386 | ($29,000.00) | ($621.85) | | |
| 5/13/2007 | 3023187676 | $27,892.22 | 5/10/2007 | 0624626 | | 5/10/2007 | 0191001918 | ($29,000.00) | ($1,107.78) | | |
| 5/14/2007 | 3023206802 | $28,407.30 | 5/14/2007 | 0626303 | | 5/14/2007 | 511076402 | ($29,000.00) | ($592.70) | | |
| 5/17/2007 | 3023236021 | $27,892.22 | 5/17/2007 | 0628062 | | 5/17/2007 | 511076413 | ($29,000.00) | ($1,107.78) | | |
| 5/21/2007 | 3023265786 | $28,136.38 | 5/20/2007 | 0629517 | | 5/20/2007 | 525336067 | ($29,000.00) | ($863.62) | | |
| 5/23/2007 | 3023272297 | $27,824.13 | 5/23/2007 | 0212765 | | 5/23/2007 | 511076434 | ($29,000.00) | ($1,175.87) | | |
| 5/29/2007 | 3023328055 | $27,576.73 | 5/26/2007 | 0632909 | | 5/26/2007 | 511076448 | ($29,000.00) | ($1,423.27) | | |
| 5/28/2007 | 3023320731 | $27,776.42 | 5/28/2007 | 0633683 | Brad - you ok'd delivery without a check - driver schedule reflects this | | | $0.00 | $27,776.42 | | |
| 6/3/2007 | 3023371184 | $27,407.43 | 6/2/2007 | 0636291 | | 6/2/2007 | 511076465 | ($37,800.00) | ($10,392.57) | | |
| | | | | | | 6/2/2007 | 0191001941 | ($20,200.00) | ($20,200.00) | | |
| 6/5/2007 | 3023401848 | $27,727.59 | 6/5/2007 | 0637658 | | 6/5/2007 | 511076473 | ($29,000.00) | ($1,272.41) | | |
| 6/10/2007 | 3023438249 | $27,723.99 | 6/8/2007 | 0639429 | | 6/8/2007 | 511076486 | ($29,000.00) | ($1,276.01) | | |
| 6/11/2007 | 3023450687 | $21,636.17 | 6/11/2007 | 0640629 | | 6/11/2007 | 511076494 | ($29,000.00) | ($1,358.80) | | |
| 6/12/2007 | 3023460614 | $6,005.03 | 6/11/2007 | 0640571 | | | | | | | |
| 6/14/2007 | 3023479079 | $27,506.18 | 6/13/2007 | 0641901 | | 6/13/2007 | 511076501 | ($19,500.00) | ($1,493.82) | | |
| | | | | | | 6/13/2007 | 511076499 | ($9,500.00) | ($1,834.44) | | |
| 6/17/2007 | 3023499809 | $27,165.56 | 6/16/2007 | 0643462 | | 6/16/2007 | 511076510 | ($29,000.00) | $27,476.07 | | |
| 6/19/2007 | 3023517369 | $27,476.07 | 6/18/2007 | 0644376 | driver's notation states OK | | | $0.00 | ($2,387.30) | | |
| 6/24/2007 | 3023543801 | $26,612.70 | 6/21/2007 | 0645926 | | 6/21/2007 | 511076520 | ($29,000.00) | ($29,154.88) | | |
| 6/24/2007 | 3023550104 | $26,845.12 | 6/23/2007 | 0646883 | | 6/23/2007 | 511076534 | ($56,000.00) | $26,924.79 | | |
| 7/10/2007 | 3023600134 | $26,924.79 | 6/25/2007 | 0647943 | no check picked up & terminal paperwork does not show who ok'd it | | | $0.00 | ($30,108.91) | | |
| 7/1/2007 | 3023619708 | $25,891.09 | 6/30/2007 | 0650634 | | 6/30/2007 | 511076558 | ($56,000.00) | ($1,120.42) | | |
| 7/3/2007 | 3023655862 | $25,879.58 | 7/2/2007 | 0651473 | | 7/2/2007 | 511076561 | ($27,000.00) | ($1,337.30) | | |
| 7/6/2007 | 3023673308 | $25,662.70 | 7/5/2007 | 0653016 | | 7/5/2007 | 511076577 | ($27,000.00) | ($1,123.36) | | |
| 7/8/2007 | 3023682842 | $25,876.64 | 7/7/2007 | 0653849 | | 7/7/2007 | 511076587 | ($27,000.00) | ($378.28) | | |
| 7/12/2007 | 3023725661 | $26,621.72 | 7/12/2007 | 0656306 | | 7/12/2007 | 511076600 | ($27,000.00) | ($671.97) | ($28,679.09) | total difference for period 5/4/07 - 7/15/07 |
| 7/15/2007 | 3023743920 | $26,328.03 | 7/14/2007 | 0657261 | | 7/14/2007 | 511076606 | ($27,000.00) | ($3,666.84) | | |
| 7/17/2007 | 3023763564 | $25,891.91 | 7/16/2007 | 0658187 | | 7/16/2007 | 0827003005 | ($54,000.00) | ($822.78) | | |
| 7/30/2007 | 3023772276 | $24,441.25 | 7/17/2007 | 017290 | | | | | ($1,237.19) | | |
| 7/23/2007 | 3023806353 | $26,177.22 | 7/21/2007 | 0660634 | | 7/21/2007 | 0191002013 | ($27,000.00) | ($1,783.15) | | |
| 7/24/2007 | 3023816324 | $25,412.81 | 7/24/2007 | 0219627 | | 7/24/2007 | 0191002014 | ($23,650.00) | ($1,438.83) | | |
| | | | | | | 7/24/2007 | 525336130 | ($3,000.00) | | | |
| 7/29/2007 | 3023852626 | $25,566.85 | 7/27/2007 | 0663925 | | 7/27/2007 | 0191002023 | ($26,650.00) | ($1,316.67) | | |
| | | | | | | 7/27/2007 | 0149001261 | ($700.00) | ($1,349.52) | | |
| 7/30/2007 | 3023864861 | $25,561.17 | 7/30/2007 | 0665116 | | 7/30/2007 | 0191002026 | ($23,050.00) | ($1,894.10) | | |
| | | | | | | 7/30/2007 | 168146710 | ($3,950.00) | | | |
| 8/5/2007 | 3023922934 | $25,183.33 | 8/4/2007 | 0667678 | | 8/3/2007 | 0191002031 | ($12,800.00) | | | |
| | | | | | | 8/3/2007 | 923696374 | ($5,035.00) | | | |
| | | | | | | 8/3/2007 | 168146756 | ($8,665.00) | | | |
| 8/8/2007 | 3023952217 | $25,150.48 | 8/8/2007 | 0221350 | | 8/7/2007 | 0003401922 | ($26,500.00) | | | |
| 8/12/2007 | 3023978798 | $24,605.90 | 8/11/2007 | 0671087 | | 8/7/2007 | 0003401923 | ($3,500.00) | | | |
| | | | | | | 8/10/2007 | 168146767 | ($9,300.00) | | | |
| 8/14/2007 | 3023999871 | $24,989.66 | 8/13/2007 | 0672191 | | 8/10/2007 | 0191002041 | ($13,700.00) | ($1,510.34) | ($15,019.42) | total difference for period 7/16/07 - 8/15/07 |
| | | | | | | 8/13/2007 | 525336160 | ($25,517.00) | | | |
| 8/19/2007 | 3024033383 | $24,517.78 | 8/18/2007 | 0674543 | last load | 8/13/2007 | 511076690 | ($983.00) | | | |
| | | | | | | 8/17/2007 | 0191002046 | ($10,500.00) | | | |
| | | | | | | 8/17/2007 | 464184043 | ($13,400.00) | | | |
| | | | | | | 8/17/2007 | 418558150 | ($2,400.00) | ($1,982.22) | | |
| | | | | | | 8/17/2007 | 1006821306 | ($200.00) | | | |
| Total product up to 8/18/07 | | $958,819.27 | | | | Total pymt up to 8/18/07. | | ($1,004,500.00) | | | |
| | | | | | | | | | | | |
| Acct balance as of 8/24/07: | | ($45,680.73) | | | | | | | | | |
| | | | | | | | | | | | |
| Subtotal for product: | | $138,394.77 | (total of the balances as of 5/4/07 and 8/24/07) | | | | | | | | |

3

| Fac. #82461 | SAP #9015296 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STTN Enterprises | | | | | | | | | |
| COD effective 1/30/2007 | | | | | | | | | |
| Account Balance as of July 22, 2008 | | | | | | | | | |
| Doc. date | Doc. no. | Amount | BOL Date | BOL # | Text | CCHK Date | CCHK # | Amount | Difference |
| Non-Product information: | | | | | | | | | |
| 10/19/2007 | 1800112658 | $434.00 | | | MSI SOFTWARE LISCEMSE ANNUAL FEE 2007 | | | | |
| 6/1/2007 | 1800116256 | $108.29 | | | Min Roy 6/07 | | | | |
| 7/1/2007 | 1800116257 | $250.00 | | | Min Roy 7/07 | | | | |
| 8/1/2007 | 1800116258 | $250.00 | | | Min Roy 8/07 | | | | |
| 9/1/2007 | 1800116259 | $250.00 | | | Min Roy 9/07 | | | | |
| 6/30/2007 | 1800116260 | $750.10 | | | Additional Royalty 6/07 | | | | |
| 6/30/2007 | 1800116261 | $600.87 | | | Adv & Promotion 6/07 | | | | |
| 6/30/2007 | 1800116262 | $343.36 | | | Promo Execution 6/07 | | | | |
| 7/31/2007 | 1800116263 | $2,309.08 | | | Additional Royalty 7/07 | | | | |
| 7/31/2007 | 1800116264 | $1,791.36 | | | Adv & Promotion 7/07 | | | | |
| 7/31/2007 | 1800116265 | $1,023.63 | | | Promo Execution 7/07 | | | | |
| 8/31/2007 | 1800116266 | $2,259.74 | | | Additional Royalty 8/07 | | | | |
| 8/31/2007 | 1800116267 | $1,756.81 | | | Adv & Promotion 8/07 | | | | |
| 8/31/2007 | 1800116268 | $1,003.89 | | | Promo Execution 8/07 | | | | |
| 9/30/2007 | 1800116269 | $166.65 | | | Additional Royalty 9/07 | | | | |
| 9/30/2007 | 1800116270 | $291.66 | | | Adv & Promotion 9/07 | | | | |
| 9/30/2007 | 1800116271 | $166.66 | | | Promo Execution 9/07 | | | | |
| 4/18/2008 | 1800037626 | $150,000.00 | | | am/pm loan balance | | | | |
| Subtotal non-product: | | $163,756.10 | | | | | | | |
| Deposits: | | | | | | | | | |
| product advance | | ($11,200.00) | | | | | | | |
| security deposit | | ($1,000.00) | | | | | | | |
| Subtotal for deposits: | | ($12,200.00) | | | | | | | |
| Net due bp: | | $289,950.87 | | | | | | | |

4