KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C07 04808 JF<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN G. MICHAEL**<br><br>[Filed concurrently herewith Reply Briefs in Support of Motions for Summary Judgment as to Second Amended Complaint and Counterclaim; Declaration of Elizabeth Chang; Additional Declaration of Deborah Jones; Evidentiary Objections to Declaration of Sayed Faquiryan; and Appendix of Authorities.]<br><br>Date:　　　August 8, 2008 (reserved)<br>Time:　　　9:00 a.m.<br>Crtrm:　　　3<br><br>　　　　Honorable Jeremy Fogel<br><br>Filing Date:　　　September 17, 2007 |

1225804.1

EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN G. MICHAEL

Plaintiff and Counter-Defendant BP West Coast Products, LLC ("BPWCP") hereby submits the following evidentiary objections to the Declaration of John G. Michael, submitted in connection with Defendants STTN Enterprises, Inc. ("STTN"), Nazim Faquiryan, Sayed Faquiryan, Maghul Faquiryan and AVA Global Enterprise, LLC's (collectively, "Defendants") opposition to: (1) BPWCP's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to the Second Amended Complaint, and (2) BPWCP's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to the Counterclaim. Evidence offered in support of a motion for summary judgment must be in the form of affidavits or declarations based upon personal knowledge, and must constitute admissible evidence. Fed.R.Civ.Proc. 56(e).

Accordingly, BPWCP objects to, and moves to strike, Defendants' testimony that fails to meet the requisite standards for admissibility on the following grounds:

| **OFFERED EVIDENCE** | **EVIDENTIARY OBJECTIONS** |
|---|---|
| 1. ¶ 8 and Exhibit "F": "Attached hereto as Exhibit 'F' is a true and correct copy of a letter produced by BP West Coast Products LLC ("BP") during discovery. This is a letter of instructions from BP to its title company regarding the recording of, among other things, BP's deed of trust." | 1. BPWCP objects to this statement on the ground that it lacks foundation in that: (a) the document has not been properly authenticated, (Fed.R.Evid. § 901), and (b) counsel for STTN lacks personal knowledge of the truth of the document. (Fed.R.Evid. § 602.) |
| 2. ¶ 9 and Exhibit "G": "Attached hereto as Exhibit 'G' is a true and correct copy of the Deed of Trust by BP on March 9, 2007, a copy of which was produced by BP during discovery." | 2. BPWCP objects to this statement on the ground that it lacks foundation in that: (a) the document has not been properly authenticated, (Fed.R.Evid. § 901), and (b) counsel for STTN lacks personal knowledge of the truth of the document. (Fed.R.Evid. § 602.) |

1
EVIDENTIARY OBJECTIONS TO DECLARATION OF JOHN G. MICHAEL

| | |
|---|---|
| 1    DATED: July 25, 2008 | KURT OSENBAUGH |
| 2 | DEBORAH YOON JONES |
|   | SAYAKA KARITANI |
| 3 | **WESTON, BENSHOOF, ROCHEFORT,** |
|   | **RUBALCAVA & MacCUISH LLP** |

_____
Deborah Yoon Jones
Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC