KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C07 04808 JF<br><br>**APPENDIX OF AUTHORITIES IN SUPPORT OF BP WEST COAST PRODUCTS LLC'S:**<br><br>**(1) REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AMENDED COMPLAINT; AND**<br><br>**(2) REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO THE COUNTERCLAIM**<br><br>[Filed concurrently with Reply Briefs; Declaration of Elizabeth Chang; Additional Declaration of Deborah Yoon Jones; and Evidentiary Objections to the Declarations of Sayed Faquiryan and John Michael.]<br><br>Date:    August 8, 2008 (reserved)<br>Time:    9:00 a.m.<br>Crtrm:   3<br><br>Honorable Jeremy Fogel<br><br>Filing Date:       September 17, 2007 |

Plaintiff and Counter-Defendant BP West Coast Products LLC ("BPWCP") hereby submits copies of the following authorities as well as "on-line" authorities (for the Court's ease and convenience) cited in support of its Replies to the Motions for Summary Judgment, Or in the Alternative, Partial Summary Judgment as to the (1) Second Amended Complaint and (2) Counterclaim:

## NON-FEDERAL AUTHORITIES

1. *Alliance Mortg. Co. v. Rothwel* (1995) 10 Cal.4th 1226;
2. *Bank of America v. Pendergrass* (1935) 4 Cal.2d 258;
3. *Birman v. Loeb* (1998) 64 Cal.App.4th 502;
4. *California State Automobile Assn. Inter-Insurance Bureau v. Barrett Garages* (1967) 257 Cal.App.2d 71;
5. *Careau & Co. v. Sec. Pacific Bus. Credit, Inc.* (1990) 222 Cal.App.3d 1371;
6. *Conderback, Inc. v. Standard Oil Co. of Cal., Western Operations* (1966) 239 Cal.App.2d 664;
7. *CrossTalk Productions, Inc. v. Jacobson* (1998) 65 Cal.App.4th 631;
8. *Erlich v. Mendezes* (1999) 21 Cal.4th 543;
9. *Federico v. Frick* (1970) 3 Cal.App.3d 872;
10. *Ferro v. Citizens Nat'l Trust & Savings Bank of Los Angeles* (1955) 44 Cal.2d 401;
11. *Harrison v. Adams* (1942) 20 Cal.2d 646;
12. *Hauger v. Gates* (1954) 42 Cal.2d 752;
13. *McDaniel v. City and County of San Francisco* (1968) 259 Cal.App.2d 356;
14. 4 *Miller & Starr Cal. Real Estate* (3d ed. 2000) § 10:10, p.41;
15. *Moving Picture Mach. Operators Union Local No. 162 v. Galsgow Theaters, Inc.* (1970) 6 Cal.App.3d 395;
16. *Murchison v. Murchison* (1963) 219 Cal.App.2d 600;
17. *Peterson Dev. Co., Inc. v. Torrey Pines Bank* (1991) 233 Cal.App.3d 103;
18. *Pittman v. Canham* (1992) 2 Cal.App.4th 556;

1

19. *Potter v. Pacific Coast Lumber Co. of California* (1951) 37 Cal.2d 594;

20. *Randas v. YMCA of Metropolitan Los Angeles* (1993) 17 Cal.App.4th 158;

21. *Rich & Whillock, Inc. v. Ashton Dev., Inc.* (1984) 157 Cal.App.3d 1154;

22. *Roehm Distributing Co. v. Burgermeister Brewing Corp.* (1961) 196 Cal.App.2d 678;

23. *Thompson Crane and Trucking Co. v. Eyman* (1954) 123 Cal.App.2d 904;

24. *Williams v. Pratt* (1909) 10 Cal.App. 625; and

25. Witkins, Summary of California Law: Contracts, § 118, p.157 (10th ed. 2005).

## **UNPUBLISHED OR "ON-LINE" CASES**

26. *Ball v. Johanns* (E.D. Cal. Jan. 29, 2008) 2008 WL 269069;

27. *Charter Marketing Co. v. Burgin* (D. Con. Oct. 20, 1989) 1989 U.S. Dist. LEXIS 18393;

28. *Fotinos v. Amoco Oil Co.* (Feb. 25, 1985) CCH BFG ¶ 8326;

29. *In re Smith d/b/a Sam's Service Center* (Sept. 9, 1988) CCH BFG ¶ 9264;

30. *Jackson v. Kerr-McGee Refining Corp.* (May 8, 1989) 1989 U.S. Dist. LEXIS 15266;

31. *Mobil Oil Guam, Inc. v. Lee* (Guam Terr. 2004) 2004 WL 1305314; and

32. *Talbert-Siebert Ent., Inc. v. Shell Oil Co.* (M.D. La. May 8, 1992) 1992 WL 119916.

DATED: July 25, 2008

Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

/S/
_____
Deborah Yoon Jones
Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

2
APPENDIX OF AUTHORITIES IN SUPPORT OF
REPLY BRIEFS FOR MOTIONS FOR SUMMARY JUDGMENT

1227411.1