KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**WESTON, BENSHOOF, ROCHEFORT,
   RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

JOHN G. MICHAEL (State Bar No. 106107)
**BAKER MANOCK & JENSEN, P.C.**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
Telephone: (559) 432-5400
Facsimile: (559) 432-5620
E-mail: bmj@bakermanock.com

Attorneys for Defendants and Counterclaimants
STTN ENTERPRISES, INC., NAZIM FAQUIRYAN,
SAYED FAQUIRYAN, MAGHUL FAQUIRYAN, and
AVA GLOBAL ENTERPRISE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C07 04808 RS<br><br>**JOINT CASE MANAGEMENT STATEMENT OF PARTIES FOR THE CASE MANAGEMENT STATUS CONFERENCE SET FOR AUGUST 8, 2008 PURSUANT TO LOCAL RULE 16-10(d)**<br><br>CMC Date: August 8, 2008<br>Time: 9:00 a.m.<br>Ctrm: 3<br><br>Honorable Jeremy Fogel<br><br>Filing Date:   September 17, 2007 |

TO THE HONORABLE JEREMY FOGEL:

Counsel for Plaintiff and Counter-Defendant BP West Coast Products LLC ("BPWCP"), and Defendants and Counterclaimants STTN Enterprises, Inc., Nazim Faquiryan, Sayed Faquiryan, Maghul Faquiryan, and AVA Global Enterprise, LLC (defendants collectively referred to as, the "Defendants") (BPWCP and Defendants shall collectively be referred to as, the "Parties") hereby submit, pursuant to Local Rule 16-10(d), the following Case Management Statement for the Status Conference set for August 8, 2008:

## I. UPDATE OF PROCEDURAL STATUS OF CASE SINCE JUNE 13, 2008

### A. Amendment of Pleadings

On June 6, 2008, BPWCP filed a Stipulation and [Proposed] Order for Leave to Amend the Second Amended Complaint (and file a Revised Second Amended Complaint), which the Court signed on or about June 16, 2008.

### B. Motions

BPWCP currently has reserved August 8, 2008 for hearing on its motions for summary judgment/partial summary judgment concerning its operative Complaint and the Counterclaim. The parties have filed and served all of the related papers for the summary judgment hearing.

### C. Settlement and ADR

The Parties are scheduled to mediate this matter before the Honorable (Ret.) Legge on August 11, 2008, in San Francisco, California.

## II. PROPOSALS FOR REMAINDER OF THE CASE DEVELOPMENT PROCESS

If the case is not resolved based on BPWCP's Motions for Summary Judgment/Partial Summary Judgment, or at mediation on August 11, 2008, the parties

1

JOINT CASE MANAGEMENT STATEMENT OF PARTIES

1232545.1

will need to prepare to proceed to trial. BPWCP and the STTN Parties are in agreement with respect to the proposed discovery, motion and trial schedule and the Parties propose the following:

| Description | Date |
|---|---|
| Initial expert witness disclosure | October 1, 2008 |
| Rebuttal expert witness disclosure | November 1, 2008 |
| Last day to amend pleadings or join parties | November 1, 2008 |
| Expert and fact discovery cut-off | December 1, 2008 |
| Motion (non-dispositive) cut-off | November 15, 2008 |
| Motion (dispositive) cut-off | December 14, 2008 |
| Settlement Conference | January 15, 2009 |
| Pre-trial Conference Discussion | February 15, 2009 |
| Date for Pre-trial Conference | February 22, 2009 |
| Trial (7-10 days) | March 16, 2009 |

BPWCP estimates that a trial in this action will require 7-10 days. Defendants estimate that a trial in this action will require ten (10) days.

Furthermore, BPWCP advises this Court that their counsel of record will be engaged in trials on other matters on the following dates:

- August 26, 2008 for approximately 2 weeks (matter pending in the U.S. District Court, Central District of California before The Honorable Philip S. Gutierrez).

Counsel for BPWCP is also unavailable December 15, 2008 through January 1, 2009.

//

2

Defendants advise this Court that their counsel of record will be engaged in trials on other matters on the following dates:

- August 27, 2008 for approximately three days in Fresno County Superior Court;
- September 18-26, 2008 for a binding arbitration;
- October 1, 2008 for approximately eight weeks in Orange County Superior Court;
- October 6, 2008 for approximately one week in Fresno County Superior Court;
- October 14-17, 2008 for approximately four days in Fresno Superior Court;
- October 27-31, 2008 for approximately five days in Tulare County Superior Court;
- November 17-21, 2008 for approximately five days in Merced County Superior Court;
- December 8, 2008 for approximately seven days in Fresno County Superior Court;
- January 20, 2009 for approximately seven days in Fresno County Superior Court;
- February 2-6, 2009 for approximately five days in U.S. District Court, Northern District in San Francisco;
- March 9, 2009 for approximately five days in Fresno County Superior Court; and
- April 13, 2009 for approximately five days in Fresno County Superior Court.

//
//

3

JOINT CASE MANAGEMENT STATEMENT OF PARTIES

1232545.1

RESPECTFULLY SUBMITTED BY:

DATED: ~~July~~ Aug 1, 2008

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones (For)
Attorneys for Plaintiff and Counter-Defendant
BP WEST COAST PRODUCTS LLC

DATED: ~~July~~ August 1, 2008

JOHN G. MICHAEL
**BAKER MANOCK & JENSEN, PC**

_____
John G. Michael
Attorneys for Defendants and Counterclaimants
STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN, MAGHUL FAQUIRYAN, and AVA GLOBAL ENTERPRISE, LLC

4

JOINT CASE MANAGEMENT STATEMENT OF PARTIES

1232545.1