UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 8, 2008
**Case Number:** CV-07-4808-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        BP WEST COAST PRODUCTS, ET AL   V.   STTN ENTERPRISES, ET AL

                    PLAINTIFF                                    DEFENDANT

**Attorneys Present: Deborah Jones**                **Attorneys Present: John Michael**

---

PROCEEDINGS:

   Hearing on Motions for Summary Judgment held. Parties are present. The motions are taken under submission. The case management conference is continued to 10/3/08 at 10:30 a.m.