| | |
|---|---|
| KURT OSENBAUGH (State Bar No. 106132)<br>DEBORAH YOON JONES (State Bar No. 178127)<br>SAYAKA KARITANI (State Bar No. 240122)<br>**ALSTON & BIRD LLP**<br>333 South Hope Street, Sixteenth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br>kosenbaugh@wbcounsel.com<br>djones@wbcounsel.com<br>skaritani@wbcounsel.com | **E-Filed 3/5/09** |

Attorneys for Plaintiff and Counter-Defendant
**BP WEST COAST PRODUCTS LLC**

JOHN G. MICHAEL (State Bar No. 106107)
**BAKER MANOCK & JENSEN**
5260 North Palm Avenue, Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (559) 432-5620
jmichael@bakermanok.com

Attorney for Defendants and Counterclaimants
**STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN and AVA GLOBAL ENTERPRISE, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C07 04808 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>Honorable Jeremy Fogel<br><br>Filing Date: September 17, 2007 |
| STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, | |

LMANDB/1303199v1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

1

|   |
|---|
| an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company, |
| Counterclaimants, |
| v. |
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; |
| Counter-Defendants. |

IT IS HEREBY STIPULATED by and between the parties, plaintiff and counter-defendant BP WEST COAST PRODUCTS LLC ("BPWCP") and defendants and counterclaimants STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company (collectively "STTN"), through their counsel of record, that the Complaint in the above-caption case be and is hereby dismissed without prejudice and the Counterclaim in the above-caption case be and is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED that each party to this stipulation shall bear its own costs, including attorneys' fees.

IT IS FURTHER STIPULATED that this Court retain jurisdiction over the implementation of or disputes arising out of the settlement of this action.

IT IS FURTHER STIPULATED that either party to this action has the right to enforce the Settlement Agreement and seek equitable relief and damages as set forth therein.

IMANDB/1303199v1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: ~~December __, 2008~~    KURT OSENBAUGH |
|   |         February 17, 2009    DEBORAH YOON JONES |

IT IS SO STIPULATED.

Dated: ~~December __, 2008~~
      February 17, 2009

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
**ALSTON & BIRD LLP**

_____
Deborah Yoon Jones
Attorneys for Plaintiff and Counter-Defendant
**BP WEST COAST PRODUCTS LLC**

Dated: December 9, 2008

JOHN G. MICHAEL
**BAKER MANOCK & JENSEN**

_____
John G. Michael
Attorneys for Defendants and Counterclaimants
**STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN and AVA GLOBAL ENTERPRISE, LLC**

## ORDER

It is hereby ordered pursuant to the parties' stipulation that the Complaint in the above-captioned case is hereby dismissed without prejudice and the Counterclaim is hereby dismissed with prejudice.

DATED: 3/5/09

_____
Honorable Jeremy Fogel
United States District Court

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

IMANDB/1303199v1