KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kosenbaugh@wbcounsel.com
djones@wbcounsel.com
skaritani@wbcounsel.com

Attorneys for Plaintiff and Counter-Defendant
**BP WEST COAST PRODUCTS LLC**

JOHN G. MICHAEL (State Bar No. 106107)
**BAKER MANOCK & JENSEN**
5260 North Palm Avenue, Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (559) 432-5620
jmichael@bakermanok.com

Attorney for Defendants and Counterclaimants
**STTN ENTERPRISES, INC., NAZIM FAQUIRYAN, SAYED FAQUIRYAN and AVA GLOBAL ENTERPRISE, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,<br><br>Defendants.<br><br>STTN ENTERPRISES, INC., a California Corporation; NAZIM FAQUIRYAN, an individual; SAYED FAQUIRYAN, an individual; and MAGHUL FAQUIRYAN, | Case No.: C07 04808 JF<br><br>AMENDED [PROPOSED] STIPULATED JUDGMENT FOR JUDICIAL FORECLOSURE AND ORDER OF SALE AND STIPULATED DEFICIENCY JUDGMENT<br><br>Honorable Jeremy Fogel<br><br>Filing Date: September 17, 2007 |

IMANDB/1303165v1

[PROPOSED] STIPULATED JUDGMENT

an individual; and AVA GLOBAL ENTERPRISE, LLC, a California limited liability company,

Counterclaimants,

v.

BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company;

Counter-Defendants.

The Court, having read and considered the pleadings on file, and also this Stipulated Judgment for Judicial Foreclosure and Order of Sale and Stipulated Deficiency Judgment ("Stipulated Judgment"), which has been jointly submitted by the parties hereto, and good cause appearing therefore, IT IS ORDERED AND ADJUDGED that judgment be entered as follows:

1. Plaintiff and counter-defendant BP West Coast Products LLC ("BPWCP") is entitled to the entry of judgment against defendants and counterclaimants ~~STTN Enterprises, Inc., a California corporation,~~ Nazim Faquiryan, an individual, Sayed Faquiryan, an individual, Maghul (aka "Mahgul") Faquiryan, an individual and AVA Global Enterprise, LLC, a California limited liability company (collectively the "Faquiryans"), on the terms set forth in the following paragraphs.

2. The Faquiryans are indebted to BPWCP in the total sum of $ 673,500.00 which represents the total past due amount of $739,000 allegedly owed to BPWCP by the Faquiryans, minus the amount of payments made by the Faquiryans, and also represents a compromise between the parties for liquidated damages allegedly owed to BPWCP resulting from the franchise terminations. In addition, the Faquiryans are indebted to BPWCP for the actual costs of foreclosure and sale. These amounts are secured by the Deeds of Trust attached hereto as Exhibits A, B and C.

3. The following real properties will be sold in the manner prescribed by law, and the writ of sale will issue to the Sheriff of San Benito County, ordering and directing him/her to conduct such sale.

      a)    631 San Felipe Road, Hollister, California 95035, legally described in Exhibit A-1 ("San Felipe Property");

      b)    301 Gateway Drive, Hollister, California, 95023, legally described in Exhibit B-1 ("Gateway Property"); and

      c)    708 Antiquity Drive, Fairfield, California, 94534, legally described in Exhibit C-1 ("Antiquity Property").

Any party to this action may purchase at the sale of any or all of the properties listed above (collectively, "Faquiryan Property").

      4.    From the proceeds of the sale, the Sheriff will pay to BPWCP, after deducting costs of Court and the expenses of the levy and sale, the sums adjudged due, together with interest at the annual rate equal to Prime Rate from the date this Judgment is entered. The term "Prime Rate" shall mean, on any date, the prime rate as published in The Wall Street Journal on such day; provided that if The Wall Street Journal no longer publishes the prime rate, the "Prime Rate" shall be the rate of interest in effect for such day as publicly announced by Bank of America, N.A. as its prime rate.

      5.    If any surplus remains after the payments specified in paragraph 4 above are made, the surplus will be paid to any and all persons legally entitled thereto.

      6.    The Faquiryans are personally liable for payment of the sums secured by the Deeds of Trust and are defendants against whom a deficiency judgment may be ordered. The Court retains jurisdiction to determine the amount of the deficiency, if any, and that amount shall be the sum of $739,000 minus the payments specified in paragraph 4 above are made, with interest at the annual rate in an amount equal to Prime Rate from the date this Judgment is entered.

      7.    After the time allowed by law for redemption has expired, the Faquiryans will be forever barred from any right of redemption. At that time, the Sheriff will execute a deed of sale to the purchasers, who may then take possession of the property, if necessary with the assistance of the Sheriffs of San Benito County (as

to the San Felipe Property and Gateway Property) and Solano County (as to the Antiquity Property).

8. The Faquiryans, all persons claiming from or under them, all persons and their personal representatives having liens subsequent to the Deeds of Trust by judgment or decree on the described Faquiryan Property, all persons and their heirs or personal representatives having any lien or claim by or under such subsequent judgment or decree, all persons claiming under them, and all persons claiming to have acquired any estate or interest in the premises after the recording of notice of the pendency of this action with the County Recorder are forever barred and foreclosed from all equity of redemption in and claim to the premises, from and after delivery of the deed by the Sheriff.

9. The properties that are the subject of this judgment and order is described as set forth in Exhibits A-1, B-1, and C-1.

SO STIPULATED BY:

Dated: December ____, 2008

_____
NAZIM FAQUIRYAN, Defendant and
Counterclaimant

Dated: December ____, 2008

_____
SAYED FAQUIRYAN, Defendant and
Counterclaimant

Dated: December ____, 2008

*MAHGUL A FAQUIRYAN*
MAGHUL FAQUIRYAN, Defendant and
Counterclaimant

Dated: December ____, 2008

_____
STTN ENTERPRISES, INC., Defendant and
Counterclaimant

3

[PROPOSED] STIPULATED JUDGMENT

IMANDB/1303165v1

1  Dated: December ____, 2008

_____
AVA GLOBAL ENTERPRISE, LLC,
Defendant and Counterclaimant

**ORDER**

IT IS SO ORDERED.

Dated: 11/10/10 ~~, 2008~~

_____
Judge of the District Court

4

IMANDB/1303165v1                                              [PROPOSED] STIPULATED JUDGMENT

Approved as to form and content,

KURT OSENBAUGH
DEBORAH YOON JONES
SAYAKA KARITANI
ALSTON & BIRD LLP

By _____
  Deborah Yoon Jones
  Attorneys for Plaintiff and Counter-Defendant
  BP WEST COAST PRODUCTS LLC

- - AND - -

JOHN G. MICHAEL
BAKER MANOCK & JENSEN

By _____
  John G. Michael
  Attorneys for Defendants and Counterclaimants
  STTN ENTERPRISES, INC., NAZIM
  FAQUIRYAN, SAYED FAQUIRYAN
  and AVA GLOBAL ENTERPRISE, LLC

[PROPOSED] STIPULATED JUDGMENT

# EXHIBIT A-1

Title No. 08-**97100758**
Locate No. CACTI7743-7706-4493-0097100758

13E

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HOLLISTER, COUNTY OF SAN BENITO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

All that real and certain property located in the City of Hollister, County of San Benito, State of California, being a portion of Parcel 1 as said Parcel is shown upon the parcel Map recorded in Book 7 of Parcel Maps at page 59, Official Records, and being more particularly described as follows:

Commencing at the Southwesterly corner of Parcel 1 as shown upon said map;

Thence N 2° 06' 20" E, 183.48' along the right of way of San Felipe Road (State Hwy 156) to the true point of beginning;

Thence from said true point of beginning, continuing along said right of way, N 2° 06' 20" E, 176.48';

Thence Northeasterly on the arc of a tangent curve to the right, concave to the Southeast, having a radius of 20.00', through a central angle of 90° 28' 10", for an arc length of 31.58' to a point on the Southerly right of way line of Chappell Road

Thence Easterly along said right of way line, S 87° 25' 30" E, 146.84;

Thence leaving said line, S 2° 06' 20" W, 222.81';

Thence N 87° 25' 11" W, 90.03';

Thence N 79° 10' 29" W, 60.93';

Thence N 41° 33' 35" W, 24.26' to the true point of beginning.

APN: 051-100-040

EXHIBIT B-1

13E

Title No. 08-**97100759**
Locate No. CACTI7743-7706-4493-0097100759

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HOLLISTER, COUNTY OF SAN BENITO, STATE OF California AND IS DESCRIBED AS FOLLOWS:

Lot 10 of Tract No. 271, Gateway Center Subdivision, filed for record March 17, 1998, in Book 12 of Maps, at Page 33, San Benito CountyRecords.

APN: 053-410-010

2   7

CLTA Preliminary Report Form - Modified (11/17/06)

EXHIBIT C-1

Order Number: NCS-374651-LA2
Page Number: 7

## LEGAL DESCRIPTION

Real property in the City of Fairfield, County of Solano, State of California, described as follows:

LOT 52, FINAL MAP OF VINTAGE GREEN VALLEY UNIT NO. 7, FILED SEPTEMBER 5, 1997, MAP BOOK 67, PAGE 32, SOLANO COUNTY RECORDS.

APN: 0148-402-200